

PLAINTIFF'S EXHIBIT 1  3/30/17

**From:** George Airday, City Marshal <marshal7airday@aol.com>
**To:** det847 <det847@aol.com>
**Cc:** Marshal7airday <Marshal7airday@aol.com>
**Subject:** Paylock proposal
**Date:** Thu, Mar 3, 2011 8:02 pm
**Attachments:** DRAFT SOP TOWLOCK PROPOSAL.docx (54K)

Ken

See attached
George Airday, City Marshal
5720 Mosholu Avenue
Bronx, New York 10471
718 601-7256 Fax 718 601-7396

DRAFT SOP TOWLOCK PROPOSAL

General Comments: Clarification needed re: the procurement process (Who chose Paylock?). That is how the vendor is selected, what criteria used and what standards for the hiring of tow companies, storage yards. Further, the insurance and liability issues are confused; Who hires the tower, who is supervising the Towlock operation. The money trail is very confused. Who collects and distributes the receipts. What happens to credit card payments after the parties paying decide to challenge the charges?

Who hires and supervises PAYLOCK?

If car is ticketed while booted?

What is the role of Paylock in process? Who is in charge? CM or Paylock?

I. Booting
How much is charged to Respondents (Rs)
What is the fee collected by CMs
Who installs boot
What happens to vehicles after booted

II. After vehicle booted
What are the criteria: to boot or tow
    D. between 24-48 hrs. towing booted vehicle.
    Does CM return to booted vehicle?
    Does he redo inventory? What is required if property or contents or vehicle is damaged or missing?
    d. owner has previously identified as a problem in prior booting: How is this recorded and noted in the file or data

    E. Who is authorized to remove boot

    G. How can CMs accept payment 24/365? Need to be specified. The process for collecting money and sending it to the appropriate parties: CM, Finance, Tower etc

    What if R does not have a valid credit card?

    H. Required to have someone available for non-English speaking Ps?

GA 000105

   I. CM's offices must be open certain??? Holidays? If towing on Friday must be open Saturday? Not presently-- unless a holiday following Monday.

   Q. What conditions allow an Emergency Subcontractor to be used? More details needed.

   III. What is the basis or rationale for charging CMs $4000? If Paylock runs the operation using its software then the contractor should pay the user fee.

   It is poor policy to require the survey of every street weekly. Waste of time and unproductive. The recording of plates scanned in the DB serves what purpose?

   PCMCIA cards are no longer exchanged. Note: Palm top pre-screening is antiquated. Are we expected to continue to use them?

   Can a parked but occupied vehicle be booted?

How does CM seal locked areas of a vehicle?

What is boot fee?

What is fee if booted vehicle is later towed?

What devices to be used for accepting the various types of payments? In the field? In the office?

Who hires and bonds 24/7/365 day live operator for the phone, internet payment?

NOTE: Marshal cannot indemnify PVO. The tower and storage facility carries insurance. If the vehicle is stolen from the stage, street or storage facility it's a police matter.

   F. The procurement and costs of booting storage/return locations are NOT CMs expense. Must be part of TOWLOCK service.

   Who pays the cost of damaged or stolen boots?

GA 000106