PTX 2



PLAINTIFF'S EXHIBIT
2
3/30/17

# AGREEMENT

# BY AND BETWEEN

# THE CITY OF NEW YORK,

# AND

# IPT LLC

# FOR SELF-RELEASE SMARTBOOT

# VEHICLE IMMOBILIZATION SERVICES AND

# ASSOCIATED PARKING TICKET COLLECTIONS

**THIS AGREEMENT** (this "Agreement") is entered into as of the            day of          , 2012, by and between the City of New York (the "City" or "CITY OF NEW YORK") acting by and through the Commissioner of Finance of the New York City Department of Finance (the "Department" or "DOF") located at 1 Centre Street, New York, New York 10007 and IPT LLC, d/b/a "PayLock" (the "Contractor" or "PayLock") located at 205 West Main Street, Somerville, New Jersey 08876 and each shall be referred to, individually, as a "Party" and collectively as the "Parties."

<u>WITNESSETH:</u>

**WHEREAS**, the Department wishes to utilize PayLock's self-release vehicle immobilization devices, license plate recognition technology, 24/7 payment options, and other related services to expand the City's parking debt enforcement activities;

**WHEREAS**, the Contractor is uniquely qualified to provide such services;

1954366 v2

GA 000461

WHEREAS, the Contractor represents that it has the necessary expertise and experience to implement the vehicle immobilization system for the Department and provide license plate recognition technology, 24/7 payment options, and other related services, and is willing to provide such services; and

WHEREAS, the Office of Management and Budget has approved the entering into of this Agreement, and the Department is authorized to enter into this Agreement pursuant to the New York City Charter and the Procurement Policy Board Rules.

**NOW, THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION, THE RECEIPT AND SUFFICIENCY OF WHICH IS HEREBY ACKNOWLEDGED, IT IS MUTUALLY AGREED AS FOLLOWS:**

## I. INCORPORATION OF RECITALS

The foregoing Recitals are hereby incorporated into and made part of this Agreement.

### A. Definitions

1. "BootView Software" is PayLock's web-based collection management application.
2. "SmartBoot" is PayLock's self-release vehicle immobilization device.
3. "Assisted Releases" is the authorized removal of an immobilization device from a motor vehicle by an authorized agent of the City.
4. "PayLock System" is the hardware, Bootview Software, services, and implementation processes supplied by PayLock to CITY OF NEW YORK intended to facilitate CITY OF NEW YORK's ability to collect unpaid or otherwise delinquent parking and camera judgments and related fees.
5. SOP" is the Standard Operations Procedure document collaboratively prepared by PayLock and CITY OF NEW YORK, defining policies, procedures, roles and responsibilities of all parties involved in the day to day operation of the PayLock scofflaw enforcement system. An initial SOP or SOP framework must be approved by the Department before the contract is finalized and is included as an exhibit to this agreement. The SOP may be periodically updated or amended with the approval of the Department and as the parties may agree.
6. "Gross Amount" is the total amount of immobilization fees, parking fines and penalties, processing fees and reasonable expenses as allowed under the New York State Vehicle and Traffic law and/or stolen, damaged, and late boot fees paid by vehicle owners as described in Section XIII (B) before PayLock's fees are paid as provided in Section XVII (C).
7. "Execution Agent" means an individual authorized by CITY OF NEW YORK to perform an execution or equivalent action as part of a vehicle immobilization or towing event (e.g., A City Marshal, Sheriff's Deputy or equivalent).

GA 000462

### B. Summary of Services

PayLock agrees to provide the Department with self-release vehicle immobilization devices, license plate recognition technology, and other related services to expand the City's parking debt enforcement activities to include self-release booting, 24/7 payments options, and the utilization of license plate recognition technology. The City plans to begin this initiative as a pilot in a limited geographic area to prove the concept, and if successful, expand it.

> The City's immediate goals for the project are to assess the potential of self-release booting and associated services for:
> - Improving the customer experience for redeeming seized vehicles;
> - Heightening the visibility of parking enforcement to serve as a deterrent to delinquency; and
> - Allowing for better tracking and efficiency in the identification of scofflaw vehicles.

## II. SCOPE OF SERVICES

During the term of this Agreement, PayLock shall provide to CITY OF NEW YORK, subject to Section III below, the following services in accordance with the terms and conditions of this Agreement:

> A.      PayLock will provide self-release SmartBoots to be used by or on behalf of CITY OF NEW YORK to immobilize vehicles identified in accordance with section 19-212 of the NYC Administrative Code.
>
> B.      PayLock's help-center ("Help Center") will be available 24 hours/day and 365 days/year with live operators to answer questions from immobilized motorists, and to process electronic payments for immobilization fees and parking fines and/or penalties owed to CITY OF NEW YORK.
>
> C.      Web-based BootView Software; PayLock will provide users, including Sheriff's Deputies, other DOF staff and the Marshals (when authorized by the Department) access to PayLock's BootView Software for tracking all CITY OF NEW YORK boot and tow-related transactions using the PayLock System.
>
> D.      PayLock will integrate its BootView Software with CITY OF NEW YORK'S ticket processing system(s) in order to exchange data, including updated lists of vehicles eligible for immobilization and payment data, with the cooperation of CITY.
>
> E.      PayLock will repair and replace all PayLock SmartBoots as needed without charge. (See below regarding stolen or vandalized SmartBoots).
>
> F.      PayLock will provide installation and training for all hardware and Bootview Software provided by PayLock and used by CITY OF NEW YORK for the PayLock System.

GA 000463

G.       PayLock will design and supply vehicle seizure notices that will be affixed by CITY OF NEW YORK or its authorized agent, to booted vehicles at the time of immobilization. All notices must be approved by the Department before use.

H.  PayLock will facilitate and create an SOP in relation to the project and services to be delivered in accordance with this Agreement, including the procedural responsibilities of the Parties, which the Parties shall adhere to, and which shall be collaboratively prepared by the Parties before the initiation of any services hereunder. The Department must approve the SOP before the initiation of service.

I.   PayLock will provide up to twenty (20) Mobile License Plate Recognition Systems ("MLPR Systems"), to facilitate efficient identification of scofflaw vehicles. Supporting services to be provided by PayLock include installation, maintenance, support, and customer troubleshooting training.

J.   PayLock will provide up to twenty (20) new automobiles, sports utility vehicles or vans (in the discretion of PayLock), to be used to patrol for boot eligible scofflaw vehicles, and for work associated with these processes. One vehicle will be provided for each MLPR System in use. Insurance and other operating costs will be provided by PayLock for all vehicles.

K.  PayLock will provide one (1) full time, on site field staff employee to patrol for, immobilize, and when required, provide releases for scofflaw vehicles discovered in the CITY OF NEW YORK, for each MLPR System deployed with either a full time Sheriff's Deputy or equivalent authorizing Execution Agent provided by City, up to twenty (20) in total. For purposes of this Agreement, a "full-time" employee shall mean an employee of PayLock or of the City, as applicable, regularly working a minimum of forty (40) hours per week.

L.  PayLock will provide one (1) full time, on site field staff employee to facilitate Assisted Releases of boots, and associated tasks, for every three (3) MLPR systems deployed, up to six (6) total. Deployment plans will be prepared by PayLock and presented to the Department for approval. PayLock will determine employee hours as the Department may agree.

M.  PayLock will provide, at a minimum, two (2) boot return locations in each of the five (5) CITY OF NEW YORK boroughs for which the PayLock System is deployed.

N.  PayLock will be responsible for the handling and storage of SmartBoots returned by the public or Assisted Release staff.

O.  PayLock will deposit all fines and fees collected on behalf of CITY OF NEW YORK in an account designated by CITY OF NEW YORK as provided in Section XVII(C) herein.

P.  PayLock may provide towing services.  The following procedures shall be utilized with respect to the procurement of such Pass-Through or Subcontracted towing services:

1. The Contractor shall submit to the DOF a notice of intent to undertake a procurement of towing services:

   a. A general description of the towing services to be procured.
   b. The estimated cost of the proposed procurement.
   c. A list of prospective tow companies from who bids will be solicited.

2.  Upon the DOF's approval of the Notice of Intended Procurement, the Contractor shall solicit written bids from at least four potential vendors.

   a.    Upon completion of the above-procedures, the Contractor shall submit a request for procurement approval ("Request for Procurement Approval") to the DOF that shall include, at a minimum, the following:

      1.    A detailed description of the services(s), term of contract, total cost, scope of work, or other information, as appropriate.
      2.    A list of all vendor bids including vendor name, address, telephone number, e-mail address, unit cost, and total cost.
      3.    Copies of written vendor bid submissions, as applicable.
      4.    A statement of the Contractor's recommendation of award to vendor, including a justification for that choice (i.e., lowest price, best proposal)
      5.    Copies of any agreements, as applicable.
      6.    Justification for sole source procurements, as applicable.

3.  Upon the DOF's approval of the Request for Procurement, the Contractor shall use commercially reasonable efforts to execute those documents necessary to effectuate the procurement (e.g., subcontracts, purchase orders).

4.  The selected tow vendor shall be a subcontractor of PayLock.  In addition to the terms and conditions for subcontracting provided in the General Provisions attached hereto and incorporated herein as Exhibit A, nothing contained in the agreement between PayLock and the subcontractor, or under the agreement between the City and PayLock, shall create any contractual relation between the subcontractor and the City

## III. CONDITIONS PRECEDENT FOR THE PROVISION OF SERVICES

The PayLock System will initially be deployed in one or more City boroughs upon a Notice to Proceed delivered by the DOF, with a larger City wide roll out intended upon success of the initial deployment. Success will be assessed by the DOF on a qualitative and quantitative basis

GA 000465

and consider factors such as number of vehicles identified, immobilized and redeemed, and customer service. As such, and as per Section I (B) of this Agreement, PayLock will initially provide one (1) booter/driver employee, (1) boot runner/ assisted release, one (1) vehicle, one (1) MLPR, and two (2) return locations assuming that the City has provided for a full time Execution Agent to take part in the program.  An Execution Agent will be deployed 40 hours per week, which may or may not include weekends at the discretion of the DOF.

Additional staff and resources will similarly be provided as described under the terms of this Agreement as part of an incremental City wide roll out subject to the following conditions precedent: 1) A full time Execution Agent is assigned full time to each MLPR crew additionally deployed by PayLock, 2) The borough or neighborhoods for which the City requests PayLock to patrol will primarily be the territory of the Execution Agent assigned to the respective PayLock crew, and 3) Each Execution Agent and their resultant territory can be reasonably expected to sustain a volume of, on average, not less than twenty-five (25) executions per day (the "Minimum Volume").

Beginning on the 90th day following the date of the Notice to Proceed, (i) if the number of executions per day per territory falls below the Minimum Volume such that the number of executions is below an average of twenty (20) executions per day per territory for more than 30 days ("Shortfall"), (ii) PayLock provides the City written notification of such Shortfall, and (iii) within 30 days following such notification the City does not  or cannot make adjustments to eliminate such Shortfall or otherwise address the Shortfall to PayLock's satisfaction, then PayLock may, at its option, (a) reduce or decommission the resources provided for the affected territory until such time as PayLock reasonably believes the Shortfall can be addressed, or (b) terminate such services in the affected territory. Upon the decision to terminate services in the affected territory, PayLock agrees to pay liquidated damages in the amount of $120,000 per territory.

## IV. THE PAYLOCK SMARTBOOT

During the term of this Agreement, CITY OF NEW YORK shall utilize SmartBoots, PayLock's tire-lock equipped with hardware that allows the unit to unlock by either entering a code into a keypad or using a key.  PayLock will provide an initial supply of one hundred and twenty five (125) SmartBoots, and will increase (or decrease as applicable) that amount to maintain a sufficient number of SmartBoots to allow for a maximum volume of sixty (60) executions per day per crew, and shall be increased or decreased in order to satisfy actual volumes as they may be projected by PayLock weekly including if those maximums projected greatly exceed sixty (60) per day per crew. PayLock will repair and/or replace broken or missing SmartBoots to ensure continuous operation at its own expense and shall maintain ownership of all SmartBoots throughout the term of this Agreement despite any potential possession by CITY OF NEW YORK.

The Contractor shall primarily use vehicle immobilization devices that are reasonably removable by individuals who choose to do so, without the presence or assistance of the Sheriff's Deputy or any representative of the Department following payment in full of the amount of debt due and all associated fees by the owner of the scofflaw vehicle. In addition, the Contractor shall provide staff to deploy and maintain the vehicle

GA 000466

immobilization devices and provide assistance for removing the boots for those requesting assistance within four (4) hours of any valid request received between 9 am and 5 pm, Monday through Friday. A valid request requires that all amounts due have been paid.

During the term of this Agreement, PayLock will repair or replace stolen or vandalized SmartBoots at no cost, except in cases where a lost or damaged fee is recovered by CITY OF NEW YORK from the offending motorist either before or after the device is repaired or replaced by PayLock. In those cases, PayLock will invoice CITY OF NEW YORK the same amount collected to recover the cost of the repair or replacement.

## V. THE PAYLOCK HELP CENTER

Throughout the term of this Agreement, PayLock shall operate a 24-hour toll-free Help Center with live operators for the purposes of providing information to motorists with respect to the removal and return of SmartBoots, and for processing payments by motorists whose vehicles have been booted. The Help-Center shall maintain data with respect to the processing of payments and the disposition of SmartBoots on a real-time basis through PayLock's BootView Software, which information shall be accessible to CITY OF NEW YORK remotely through the Internet.

The Contractor shall accept payments on behalf of the Department for parking and Red Light Camera judgments and/or violations and related fees from booted motorists and process and remit those funds as provided for in Section XVII (C). All information and communications to the public must, at a minimum, be available in English, Spanish, French, and Russian. The Contractor shall accept payments by phone. Payments must be accepted 24 hours per day, 365 days per year by phone. The Contractor must accept verified bank checks, credit cards, and ACH debit/credit as payment. In-person and cash transactions will be handled by the City directly. Further, phone payments must be via a live operator.

## VI. LICENSE PLATE RECOGNITION TECHNOLOGY

The Contractor shall provide MPLR equipment, staff, and services to identify scofflaws. This must include real time or nearly real time documentation of every street that has been surveyed for scofflaws each week. This documentation must also include the number of plates scanned, the number of scofflaws identified, the number of vehicles seized, the judgment value of vehicles seized, and identification of the location of the seizure.

## VII. OPERATION OF SMARTBOOT RETURN FACILITY AND RELATED SERVICES

PayLock will provide, at its sole expense, two (2) SmartBoot return facility(s) per borough for which the PayLock System is authorized by the City and in use. The Department must approve each location. At a minimum, such facility(s) shall operate during the same hours as the Sheriff or Marshal's offices and be in such a location as to provide boot returning motorists with convenient parking. Upon the return of a SmartBoot, motorists shall be

GA 000467

provided a receipt generated by PayLock's BootView Software. As soon as possible following the return of a SmartBoot to the return facility by a motorist, confirmation of the return shall be provided through the BootView Software to CITY OF NEW YORK. In the event that such confirmation cannot be facilitated through the BootView Software, then confirmation may be transmitted orally over the telephone or via email with the PayLock Help Center.

In addition, the City may require, and Contractor shall have the ability, to provide towing services for a) vehicles that have been booted and not redeemed within forty eight (48) hours and/or b) are not candidates for booting, as defined in the SOP. The City may, at its option, choose to require, omit or internally provide this service. Furthermore, the Contractor shall provide the City with a twenty-four (24) hour live answering service (not an answering machine). Contractor must provide the City with a list of personnel and telephone numbers for back-up emergency contact in the event that the Contractor's answering service cannot be reached. If the City is unable to communicate with the Contractor via the numbers provided for problem notification, this may, at the City's option, be considered a breach of the contract, and be deemed to be a default in accordance with Section 10.03 of Exhibit A, the General Provisions Governing Contracts.

## VIII. BOOTVIEW SOFTWARE

### A. Grant of Bootview Software License

PayLock grants to CITY OF NEW YORK a non-exclusive, non-transferable and non-sublicensable license to use the BootView Software. PayLock will provide login credential for up to 100 users or more as mutual agreed upon by the DOF and PayLock. The Bootview Software and any authorized copies that CITY OF NEW YORK makes, are the property of PayLock and its licensors. CITY OF NEW YORK acquires only the right to use the Bootview Software, and does not acquire any rights of ownership, express or implied, in the Bootview Software. This Agreement does not grant CITY OF NEW YORK any intellectual property rights in the Bootview Software and all rights not expressly granted herein are reserved by PayLock and its licensors.

### B. Conditions to Use of Bootview Software

Except as expressly provided for in this Agreement:

> 1. CITY OF NEW YORK shall not copy the Bootview Software. Any permitted copy CITY OF NEW YORK may make of the Bootview Software must retain all copyright and information notices as appeared on the original.

2.  CITY OF NEW YORK shall not modify, adapt or translate the Bootview Software. CITY OF NEW YORK shall not reverse engineer, decompile, translate, disassemble, or attempt to discover any of the Bootview Software object code or source code, except to the extent CITY OF NEW YORK may be expressly permitted to decompile under applicable law. Subject to PayLock's written permission, any information supplied by PayLock relating to the Bootview Software and any information obtained by CITY OF NEW YORK by way of decompilation may only be used by CITY OF NEW YORK for the purpose described herein and may not be disclosed to any third party or used to create any software which is substantially similar to the expression of the Bootview Software.

3.  CITY OF NEW YORK shall not sell, distribute, disclose, market, rent, or lease the Bootview Software.  CITY OF NEW YORK shall use the Bootview Software only for the express purposes contemplated by this Agreement. CITY OF NEW YORK shall not transfer the Bootview Software or documentation to any third party.

4.  The Bootview Software may include various applications, utilities and components, may support multiple platforms and languages and may be provided to CITY OF NEW YORK on multiple media or in multiple copies. Nonetheless, CITY OF NEW YORK may only use those portions of the Bootview Software for which CITY OF NEW YORK has a license as permitted and contemplated by this Agreement.  CITY OF NEW YORK shall not unbundle or repackage the Bootview Software for distribution or resale.

5.CITY OF NEW YORK shall not use the Bootview Software to develop, enhance, modify, market or demonstrate products that are competitive with the Bootview Software or other PayLock products.

6.  CITY OF NEW YORK shall not sell, license, sublicense, publish, display, distribute, or otherwise transfer to a third party the Bootview Software, any copy thereof, in whole or in part, without PayLock's prior written consent.

## C. Termination of License

Upon the expiration or earlier termination of this Agreement, CITY OF NEW YORK's rights with respect to the Bootview Software hereunder shall terminate and CITY OF NEW YORK must cease any and all use of the Bootview Software and return any and all copies of the Bootview Software and related documentation to PayLock, and PayLock will provide CITY OF NEW YORK any data concerning vehicles booted during the term that CITY OF NEW YORK does not otherwise have access to and that CITY OF NEW YORK may require after its termination of use of the PayLock System.

## IX. TITLE TO SMARTBOOTS AND OTHER EQUIPMENT

Any goods or products supplied by PayLock to CITY OF NEW YORK shall remain the property of PayLock while in possession of CITY OF NEW YORK including, but not limited to: SmartBoots, BootView Software, computer hardware, mobile license plate recognition systems, and vehicles.

## X.  KEY CONTROL

PayLock will provide keys that can be used by CITY OF NEW YORK employees to unlock all SmartBoots when necessary. CITY OF NEW YORK shall secure all keys when not in use. If a key is lost, it will require a lock replacement on all SmartBoots provided. CITY OF NEW YORK will reimburse PayLock for replacing each lock at $150.00 per lock converted, plus any travel expenses incurred by PayLock to facilitate the lock conversion.

## XI. REMITTANCE OF FEES AND FINES

Funds will be remitted to CITY OF NEW YORK as provided in Section XVII (C) herein.

## XII. CITY OF NEW YORK's OBLIGATIONS

### A.  Summary of Services

During the term of this Agreement, CITY OF NEW YORK will:

1.  Use PayLock service components as the primary means of identifying, immobilizing and/or towing scofflaw vehicles within the boroughs for which it is authorized to be deployed.
2.  Process walk-in, in-person payments at CITY OF NEW YORK facilities, for booted motorists unwilling or unable to pay PayLock by phone.
3.  Arrange for or delegate arrangement of towing actions according to SOP guidelines if necessary, however the City may authorize PayLock to provide this service.
4.  Cooperate with PayLock's efforts to recover stolen SmartBoots in accordance with local laws.
5.  Facilitate the integration of the PayLock and BootView Software with CITY OF NEW YORK computer and accounting systems, as necessary.
6.  Take reasonable care of vehicles and mobile license plate recognition systems provided by PayLock pursuant to this Agreement.
7. If Execution Agent services are provided by a Deputy Sheriff, best efforts will be made to provide a full-time regularly scheduled Deputy Sheriff for each MLPR unit deployed to the Sheriff's Office.

8. Provide territories within which each Execution Agent may operate the PayLock System as per the terms of this agreement.

## XIII. ADDITIONAL RESPONSIBILITIES OF CITY OF NEW YORK

### A. Responsibility for SmartBoots

PayLock is responsible for exercising reasonable care in the handling and storage of SmartBoots returned by the public or Assisted Release staff. CITY OF NEW YORK is not responsible for the loss of SmartBoots that are removed from vehicles without CITY OF NEW YORK's authorization or SmartBoots that motorists fail to return after being self-released. Twice weekly, PayLock shall provide an accounting of the SmartBoots in its possession and relevant data pertaining to SmartBoots lost in service.

City of New York shall be responsible for reimbursing PayLock for the cost of replacing each SmartBoot removed but not returned by a City employee, in those rare cases where a City Employee must remove the boot. Please note that City Marshals are independent contractors and are not City employees. The SmartBoot replacement cost is $500.00 per unit plus $44.00 shipping and handling.

### B. Stolen or Vandalized Smart Boots

CITY OF NEW YORK shall authorize PayLock to charge motorists, and shall cooperate and participate with PayLock's reasonable efforts to recover, a $500.00 stolen boot fee, or a $250 damaged boot fee from motorists who steal or vandalize PayLock boots respectively.

The Motorist must ensure that the boot is returned to the Paylock boot return facility in the same condition it was in at the time the boot was legally removed from the vehicle. Paylock, or its designated representative, in the presence of the Motorist, must provide a complete inspection of the boot at the boot return facility, and note the time and date of the inspection, and the condition of the boot, on the Motorist's return receipt. In the event, the inspection and/or the condition of the boot, is not noted on the receipt, the boot is deemed to have been returned and accepted by Paylock in satisfactory condition, and no subsequent charges for damaged, stolen or vandalized boots, or late fees may be assessed against the Motorist. In the event a Motorist disputes a late fee or a charge for a damaged, stolen, or vandalized boot, a dispute/complaint form can be submitted to Paylock at its boot return facility.   Paylock shall make available to Motorists dispute/complaint forms and post the dispute/complaint procedures in its boot return facility waiting room, and shall advise motorists who want to submit a towing dispute/complaint form to either fax or mail their completed dispute/complaint form directly to the Paylock office designated in the form.   A signed receipt indicating that an inspection was made in the presence of the Motorist, the date and time of the inspection,

and PayLock's written statement that no damage was incurred shall be deemed to be prima facie proof in favor of the motorist, and the charges shall be immediately cancelled.

Except as provided for in Section XIII(A) of this Agreement, PayLock will replace lost, damaged or stolen SmartBoot devices that are lost, damaged or stolen while in service, at no cost to CITY OF NEW YORK, and for which no fees can be recovered from the offending motorist by CITY OF NEW YORK or PayLock; provided, however, once a month, PayLock will invoice CITY OF NEW YORK an amount equal to the sum of these fees that are actually collected by CITY OF NEW YORK in the prior month.

Vandalism or Other Damage.  Notwithstanding anything in this Agreement to the contrary, CITY OF NEW YORK represents and agrees that from and after the issuance of an execution by an Execution Agent for a motor vehicle and the commencement of the process of applying a boot to such motor vehicle under this Agreement, the Contractor shall have no liability for any direct claim made by CITY OF NEW YORK against the Contractor for vandalism or other property damage to such motor vehicle.  This Section shall not limit in any way the indemnifications provided under Section XIV.

## C. Towing

Pursuant to CITY OF NEW YORK's requirements, CITY OF NEW YORK may make arrangements to tow any vehicle eligible for immobilization that has been booted and/or otherwise meets CITY OF NEW YORK's designated specifications pursuant to policy. CITY OF NEW YORK may engage the assistance of or delegate this function to PayLock with respect to such towed vehicles.

## D. Integration of Systems

CITY OF NEW YORK will cooperate with PayLock to integrate software and   hardware. PayLock shall work with CITY OF NEW YORK, its Information Technology Department, and its vendors to facilitate the integration of the PayLock and BootView Software with CITY OF NEW YORK computer systems, ticket processing system, and accounting systems as necessary to the operation of the PayLock service under this Agreement.

## E. Confirmation of Immobilization Eligible Vehicle Status

CITY OF NEW YORK must provide reasonable means whereby PayLock personnel have immediate access to updated vehicle status, either by telephone or electronically through applicable systems. CITY OF NEW YORK shall make reasonable efforts to ensure that procedures are implemented whereby immobilization-eligible vehicle data is updated as frequently as possible and that such data is immediately available to all authorized users of BootView Software.

PayLock shall be precluded from applying a SmartBoot to any vehicle, unless it has obtained updated and verified immobilization-eligible vehicle status.

## XIV. INDEMNIFICATION

The Contractor shall defend, indemnify and hold the City, its officers and employees harmless from any and all claims by a third party (even if the allegations of the lawsuit are without merit) or judgments for damages arising from such claims on account of any injuries or death to any person or damage to any property and from costs and expenses to which the City, its officers and employees may be subjected or which it or they may suffer or incur arising out of or in connection with any operations of the Contractor and/or its subcontractors to the extent resulting from any negligent act of commission or omission of the Contractor and/or its subcontractors, any intentional tortious act of the Contractor and/or its subcontractors, or failure of Contractor and/or its subcontractors to comply with the provisions of this Agreement or of any applicable laws.  The Contractor and/or its subcontracts are responsible for the any and all damage and injuries associated with the placement and removal of the SmartBoot Insofar as the facts or law relating to any claim would preclude the City from being completely indemnified by the Contractor, the City shall be partially indemnified by the Contractor to the fullest extent permitted by law. **PayLock shall have no obligation to indemnify or defend THE CITY or any other person to the extent that the Third Party Losses arose in part from (i) the negligence or willful misconduct of THE CITY, its employees, service providers or agents, or (ii) THE CITYS breach of its obligations under any Service Addendum or the Demonstration Project Agreement.**

The City shall defend, indemnify and hold the Contractor, its officers and employees harmless from any and all claims by a third party (even if the allegations of the lawsuit are without merit) or judgments for damages arising from such claims on account of any injuries or death to any person or damage to any property and from costs and expenses to which the Contractor, its officers and employees may be subjected or which it or they may suffer or incur arising out of or in connection with any operations of the City and/or its subcontractors to the extent resulting from any negligent act of commission or omission of City and/or its subcontractors, any intentional tortious act of City and/or its subcontractors, or the failure of City to comply with the provisions of this Agreement or of applicable laws.  Insofar as the facts or law relating to any claim would preclude the Contractor from being completely indemnified by the City, the Contractor shall be partially indemnified by the City to the fullest extent permitted by law.  **The City shall have no obligation to indemnify or defend Contractor or any other person to the extent that the Third Party Losses arose in part from (i) the negligence or willful misconduct of the Contractor, its employees, service providers or agents, or (ii) the Contractor's breach of its obligations under any Service Addendum or the Demonstration Project Agreement.**

Upon the occurrence of an event which would give rise to a right of indemnification under this Agreement, the party claiming the right to indemnification (the "Indemnitee") shall give prompt notice to the other party providing reasonable details of the nature of the event and basis of the indemnity claim. The party obligated to provide the Indemnification (the "Indemnitor") shall then have the right, at its own expense and with counsel of its choice, to defend, contest or otherwise protect against any such suit, action, investigation, claim or proceeding. The Indemnitee shall also have the right, but not the obligation, to participate at its own expense in the defense thereof with counsel of its choice reasonably acceptable to the Indemnitee. The Indemnitee agrees to cooperate to the extent reasonably necessary to assist the Indemnitor in defending, contesting or otherwise protesting against any such action, provided that the reasonable cost in doing so shall be paid by the Indemnitor. If the Indemnitor fails, within thirty (30) days after receipt of such notice, to (i) notify the Indemnitee of its intent to defend; or (ii) defend, contest or otherwise protect against such action, or fails to diligently continue to provide such defense after undertaking to do so, the Indemnitee shall have the right upon ten (10) days prior written notice to the Indemnitor, to defend, settle and satisfy any such action and recover the costs of the same from the Indemnitor.

## XV. WARRANTIES; WARRANTY LIMITATIONS AND REMEDY LIMITATIONS

### A. Express Warranty

PayLock warrants its legal right to the PayLock System and all associated Bootview Software and hardware provided to CITY OF NEW YORK by PayLock, including BootView Software, SmartBoots and further warrants that the PayLock System, the Bootview Software, and all associated hardware including BootView Software and SmartBoots are operational as intended under this Agreement and will be free from all operational and material defects. CITY OF NEW YORK's sole remedy with respect to any defective product provided to it by PayLock shall be the repair or replacement of any defective product. In the event that any component of the PayLock System malfunctions due to any defect or damage caused by normal wear and tear, PayLock shall, at its sole cost, repair or replace the defective or damaged components.

THE WARRANTIES CONTAINED HEREIN ARE IN LIEU OF ALL OTHER WARRANTIES AND CONDITIONS, EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, WITH RESPECT TO THE PAYLOCK SYSTEM AND ALL ASSOCIATED BOOTVIEW SOFTWARE AND HARDWARE PROVIDED TO CITY OF NEW YORK BY PAYLOCK AND THE SERVICES PERFORMED BY PAYLOCK HEREUNDER AND AS TO THE RESULTS WHICH MAY BE OBTAINED THEREFROM. PAYLOCK SPECIFICALLY DISCLAIMS ALL IMPLIED WARRANTIES INCLUDING, WITHOUT LIMITATION, THOSE OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

This Section shall not limit the third party indemnifications provided under this Agreement.

### B. Limitation of Liability

No claim may be made by either party, against the other party and/or any officer, employee or agent of such other party for any special, incidental, indirect, consequential or punitive damages in respect of any claim arising from or related to this agreement or any statement, course of conduct, act, omission or event occurring in connection herewith (whether for breach of contract, tort, or any other theory of liability). Each party hereby waives, releases and agrees not to sue upon any claim for any such damages, whether such claim presently exists or arises hereafter and whether or not such claims is known or suspected to exist in its favor. This Section shall not limit the indemnifications provided under Section XIV.

## XVI. MUTUAL COOPERATION

CITY OF NEW YORK and PayLock each agree to provide any reasonable assistance to the other as may be necessary to affect the purpose of this Agreement. The Parties further agree to cooperate in establishing and modifying, as reasonably necessary, the practices, protocols and procedures utilized in connection with the implementation of the PayLock System.

## XVII. TERM, COMPENSATION, REMITTANCE, DEFAULT AND TERMINATION.

### A. Term

The term of this Agreement shall be for a period of five (5) years commencing on the date of the Department's written Notice to Proceed. The following time-line chart is the Estimated Booting Pilot Phase Schedule (also attached as Attachment A):



B. **Compensation**

PayLock and CITY OF NEW YORK agree to the following fee terms:

All prices, terms, warranties and other services shall be provided at the Contractor's most favorable government rates for the same level of services required by the Department. If during the term of this Agreement the Contractor shall enter into arrangements with any other such customer of similar size and scope, and providing more favorable terms or greater or additional benefits, Contractor shall so notify the City and this Agreement shall be deemed amended to provide the same to the City.

Transaction Pricing — CITY OF NEW YORK will pay to PayLock a fixed fee of no more than $180.00 for every vehicle seized as part of the PayLock program, that results in payment in full and either before or after it is towed.  For vehicles where the City of New York has granted a "Zero Release", the Contractor is not entitled to receive any payment.  The Department reserves the right to offset any "Zero Release" refunds issued after PayLock has already received payment. This $180.00 maximum fee may be passed to the motorist in whole or in part, by CITY OF NEW YORK at the time a vehicle is immobilized. For vehicles auctioned, PayLock will be paid a portion of the transaction Price up to the total amount of its fees, provided there is money remaining after deductions are made for advertising, auctioneer fees, other fees, and poundage. If the selling price of an auctioned vehicle is not sufficient to pay all fees and the judgment debt, the funds collected shall be disbursed in the following order:

Advertising and Auctioneer Fees
Sheriff or Marshal Fees and Poundage
Booting and Towing Fees
Judgment Debt

Late Boot Fees — PayLock may charge, and the CITY OF NEW YORK shall authorize, a $25 per day "Late Boot Return Fee" charged to the motorist, if the motorist fails to return a boot that the motorist removed himself or herself after paying the fines and fees owed, and only after the motorist agreed to such late fee when he or she agreed to remove the boot himself or herself.  The CITY OF NEW YORK will not track or collect on these fees.

C. **Transfer of Funds and Invoicing**

PayLock will process payments through its secure payment gateway and PayLock's own merchant service provider, but shall direct said merchant service provider to deposit cleared payments directly into a CITY OF NEW YORK account and CITY OF NEW YORK shall provide an account suitable for this purpose. BootView Software will provide CITY OF NEW YORK with real time data relating to the payment of parking fines to CITY OF NEW YORK for

GA 000476

the purpose of management, accounting, and auditing of payments taken by PayLock. CITY OF NEW YORK may conduct occasional audits during normal business hours of the amounts collected and transferred under the PayLock System.  PayLock will respond promptly to any and all requests for documentation related to this Agreement or the services being performed hereunder in connection with such audits.

Payment shall be made to Contractor thirty (30) days from the Department's receipt and acceptance of the invoices in accordance with the PPB Rules, 9RCNY.

Invoices, in triplicate, are to be sent to the New York City Department of Finance, Accounts Payable, 1 Centre Street, Room 1040A, New York, New York 10007.  Attention: Accounts Payable Manager.  The form and substance of the invoices shall be determined by the City.

### D.  Insurance

During the term of this Agreement, PayLock shall maintain the following types of insurance with limits not less than those set forth below, shall name CITY OF NEW YORK as an additional insured on all such policies and shall provide CITY OF NEW YORK with a certificate of insurance prior to the commencement date of this Agreement and annually upon request by CITY OF NEW YORK:

**Commercial General Liability:**  $1,000,000 per occurrence and $2,000,000 general aggregate for bodily injury and property damage

**Automobile Liability Insurance:** $1,000,000 for each accident, combined single limit for bodily injury and property damage

**Umbrella Excess:** $3,000,000 Coverage

**Crime:** $250,000 commercial blanket bond

**Worker's Compensation:**
    Coverage A – Statutory
    Coverage B - $1,000,000

**Errors and Omissions:** $1,000,000 combined single Limit each occurrence

### XVIII. GENERAL TERMS AND CONDITIONS

### A.  Compliance With Applicable Laws

GA 000477

The Parties shall abide by all applicable federal, state and local laws, ordinances and regulations in connection with their performance of this Agreement.

## B.  Assignment

Neither Party shall be permitted to assign its rights or obligations under this Agreement without the prior written consent of the other Party; provided, however, that PayLock may assign this Agreement without obtaining such consent to any person or entity who succeeds (by purchase, merger, operation of law or otherwise) to all or substantially all of the capital stock, assets or business of PayLock.

## C.  Governing Law

The validity, interpretation, construction and performance of this Agreement shall be governed by the laws of the State of New York without regard to the conflict of laws provisions thereof.

## D.  Severability

If any provision of this Agreement shall be held by an arbitrator or court of competent jurisdiction to be illegal, invalid or unenforceable, the remaining provisions shall remain in full force and effect.

## E.  Entire Agreement

This Agreement, including Exhibit A (General Provisions) attached hereto, contains the entire understanding and agreement between the Parties respecting the subject matter hereof.  To the extent that any of the provisions of this Agreement (excluding Exhibit A) conflict with any of the provisions of Exhibit A, the provisions of Exhibit A shall control. This Agreement may not be supplemented, modified, amended, released or discharged except by an instrument in writing signed by each Party's duly authorized representative. All captions and headings in this Agreement are for purposes of convenience only and shall not affect the construction or interpretation of any of its provisions.

Any waiver by either Party of any default or breach hereunder shall not constitute a waiver of any provision of this Agreement or of any subsequent default or breach of the same or a different kind.

## F.  Notices

GA 000478

If either party shall desire or be required to give notice to the other, such notice shall be given in writing, via facsimile and concurrently by prepaid U.S. certified or registered postage, addressed to recipient as follows:

**CITY OF NEW YORK:**

NEW YORK CITY DEPARTMENT OF FINANCE
1 Centre Street
New York, New York 10007
ATTN:_____
FAX:_____

WITH A COPY TO:

[_____]

**PAYLOCK:**

IPT LLC
205 West Main Street
Somerville, New Jersey 08876
ATTN: Josiah Johnson
FAX: 908-575-8811

WITH A COPY TO:

Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
ATTN: Jason Gross, Esq.
FAX: 973-643-6500

**G. Counterparts**

More than one counterpart of this Agreement may be executed by the Parties, each of which shall be deemed an original, but all of which shall constitute one and the same document. A facsimile or electronic (PDF format) copy of an executed counterpart shall be valid and have the same force and effect as an original.

[Signature page follows.]

GA 000480

**IN WITNESS WHEREOF**, the Parties have caused their duly authorized representatives to execute this Agreement as of the date first set forth above.

CITY OF NEW YORK

By: _____

Name: _Andrew Salkin_

Title: _Deputy Commissioner_

Dated: _2-27-2012_

IPT LLC

By: _____

Name: _Geffy Marchasin_

Title: _President_

Dated: _2/27/12_

GA  000482

## ACKNOWLEDGEMENT OF PRINCIPAL, IF A CORPORATION

State of          )
                            )ss.:
County of        )

On this      day of          , 2012    before    me    personally    came _____ , to me known, who, being by me duly sworn, did depose and say that (s)he resides in the City of _____ , and is the _____ of _____ the corporation described in and which executed the foregoing contract; that (s)he knows the seal of said corporation; that the seals affixed to the foregoing contract is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that by like order (s)he signed his/her name and official designation.

_____
NOTARY PUBLIC

## ACKNOWLEDGEMENT OF PRINCIPAL, IF A PARTNERSHIP

State of New York      )
                            )ss.:
County of New York    )

On this 29th day of february , 2012, before me personally came Cyrus Marchosin _____ , to me known and known to me to be a member of IPT LLC _____ the firm described in and which executed the foregoing contract and (s)he acknowledged to me that (s)he subscribed the name of said firm thereto on behalf of said firm for the purposes mentioned therein.

Robert W. Shaffer
COMMISSIONER OF DEEDS

_____
NOTARY PUBLIC

ROBERT W. SCHAFFER
Commissioner of Deeds
City of New York No. 1-5674
Certificate Filed in New York County
Commission Expires May 1, 2013

GA  000484

CORPORATION COUNSEL CONTRACT APPROVAL

Agency  DOF

E-PIN  83612S0001001

Contractor


Approved as to form

Certified as to legal authority

Electronically Signed By HOWARD FRIEDMAN          Date 02/23/2012 10:18

**Acting Corporation Counsel**

GA  000485

GA  000486

## EXHIBIT A

## GENERAL PROVISIONS GOVERNING CONTRACTS FOR
## CONSULTANTS, PROFESSIONAL, TECHNICAL, HUMAN AND CLIENT SERVICES

### DEFINITIONS

1. **Definitions**

The following words and expressions, or pronouns used in their stead, shall, wherever they appear in this Agreement, be construed as follows, unless a different meaning is clear from the context:

A.    "Agency Chief Contracting Officer" or "ACCO" shall mean the position delegated authority by the Agency Head to organize and supervise the procurement activity of subordinate Agency staff in conjunction with the City Chief Procurement Officer.

B.    "Agreement" shall mean the various documents, including this Appendix A, that constitute the contract between the Contractor and the City.

C.    "City" shall mean The City of New York.

D.    "City Chief Procurement Officer" or "CCPO" shall mean the position delegated authority by the Mayor to coordinate and oversee the procurement activity of Mayoral agency staff, including the ACCOs.

E.    "Commissioner" or "Agency Head" shall mean the head of the Department or his or her duly authorized representative. The term "duly authorized representative" shall include any person or persons acting within the limits of his or her authority.

F.    "Comptroller" shall mean the Comptroller of the City of New York.

G.    "Contractor" shall mean the entity entering into this Agreement with the Department.

H.    "Days" shall mean calendar days unless otherwise specifically noted to mean business days.

I.    "Department" or "Agency" shall mean the City agency that has entered into this Agreement.

J.    "Law" or "Laws" shall mean the New York City Charter ("Charter"), the New York City Administrative Code ("Admin. Code"), a local rule of the City of New York, the Constitutions of the United States and the State of New York, a statute of the United States or of the State of New York and any ordinance, rule or regulation having the force of law and adopted pursuant thereto, as amended, and common law.

K.    "Procurement Policy Board" or "PPB" shall mean the board established pursuant to Charter § 311 whose function is to establish comprehensive and consistent procurement policies and rules which have broad application throughout the City.

L.    "PPB Rules" shall mean the rules of the Procurement Policy Board as set forth in Title 9 of the Rules of the City of New York ("RCNY"), § 1-01 et seq.

GA  000488

M.     "State" shall mean the State of New York.

## REPRESENTATIONS
## AND WARRANTIES

### 2.   Procurement of Agreement

A.     The Contractor represents and warrants that no person or entity (other than an officer, partner, or employee working solely for the Contractor) has been employed or retained to solicit or secure this Agreement upon any agreement or understanding for a commission, percentage, brokerage fee, contingent fee or any other direct or indirect compensation. Notwithstanding the preceding sentence, the Contractor may retain consultants to draft proposals, negotiate contracts, and perform other similar services.  The Contractor further represents and warrants that no payment, gift, or thing of value has been made, given, or promised to obtain this or any other agreement between the parties.  The Contractor makes such representations and warranties to induce the City to enter into this Agreement and the City relies upon such representations and warranties in the execution of this Agreement.

B.     For any breach or violation of the representations and warranties set forth in Paragraph A above, the Commissioner shall have the right to annul this Agreement without liability, entitling the City to recover all monies paid to the Contractor; and the Contractor shall not make claim for, or be entitled to recover, any sum or sums due under this Agreement.  The rights and remedies of the City provided in this Section are not exclusive and are in addition to all other rights and remedies allowed by Law or under this Agreement.

### 3.   Conflicts of Interest

A.     The Contractor represents and warrants that neither it nor any of its directors, officers, members, partners or employees, has any interest nor shall they acquire any interest, directly or indirectly, which conflicts in any manner or degree with the performance of this Agreement.  The Contractor further represents and warrants that no person having such interest or possible interest shall be employed by or connected with the Contractor in the performance of this Agreement.

B.     Consistent with Charter § 2604 and other related provisions of the Charter, the Admin. Code and the New York State Penal Law, no elected official or other officer or employee of the City, nor any person whose salary is payable, in whole or in part, from the City Treasury, shall participate in any decision relating to this Agreement which affects his or her personal interest or the interest of any corporation, partnership or other entity in which he or she is, directly or indirectly, interested; nor shall any such official, officer, employee, or person have any interest in, or in the proceeds of, this Agreement.  This Paragraph B shall not prevent directors, officers, members, partners, or employees of the Contractor from participating in decisions relating to this Agreement where their sole personal interest is in the Contractor.

C.     The Contractor shall not employ a person or permit a person to serve as a member of the Board of Directors or as an officer of the Contractor if such employment or service would violate Chapter 68 of the Charter.

GA  000489

**[PARAGRAPHS D-H ARE APPLICABLE ONLY TO HUMAN OR CLIENT SERVICE CONTRACTS.]**

D.    Except as provided in Paragraph E below, the Contractor's employees and members of their immediate families, as defined in Paragraph F below, may not serve on the Board of Directors of the Contractor ("Board"), or any committee with authority to order personnel actions affecting his or her job, or which, either by rule or by practice, regularly nominates, recommends or screens candidates for employment in the program to be operated pursuant to this Agreement.

E.    If the Board has more than five (5) members, then Contractor's employees and members of their immediate families may serve on the Board, or any committee with authority to order personnel actions affecting his or her job, or which, either by rule or by practice, regularly nominates, recommends or screens candidates for employment in the program to be operated pursuant to this Agreement, provided that (i) Contractor's employees and members of their immediate families are prohibited from voting on any such personnel matters, including but not limited to any matters directly affecting their own salary or other compensation, and shall fully disclose all conflicts and potential conflicts to the Board, and (ii) Contractor's employees and members of their immediate families may not serve in the capacity either of Chairperson or Treasurer of the Board (or equivalent titles), nor constitute more than one-third of either the Board or any such committee.

F.    Without the prior written consent of the Commissioner, no person may hold a job or position with the Contractor over which a member of his or her immediate family exercises any supervisory, managerial or other authority whatsoever whether such authority is reflected in a job title or otherwise, unless such job or position is wholly voluntary and unpaid. A member of an immediate family includes: husband, wife, domestic partner, father, father-in-law, mother, mother-in-law, brother, brother-in-law, sister, sister-in-law, son, son-in-law, daughter, daughter-in-law, niece, nephew, aunt, uncle, first cousin, and separated spouse. Where a member of an immediate family has that status because of that person's relationship to a spouse (e.g., father-in-law), that status shall also apply to a relative of a domestic partner. For purposes of this Section, a member of the Board is deemed to exercise authority over all employees of the Contractor.

G.    If the Contractor has contracts with the City that in the aggregate during any twelve-month period have a value of more than One Million Dollars ($1,000,000) and such amount constitutes more than fifty percent (50%) of the Contractor's total revenues, then the Contractor must have a minimum of five (5) persons on its Board.

H.    Paragraphs D-H of this Section 2.02 apply only if Contractor is a not-for-profit corporation.

4.    **Fair Practices**

A.    The Contractor and each person signing on its behalf certifies, under penalties of perjury, that to the best of its, his or her knowledge and belief:

1.    The prices and other material terms set forth in this Agreement have been arrived at independently, without collusion, consultation, communication, or agreement with any other bidder or proposer or with any competitor as to any matter relating to such prices or terms for the purpose of restricting competition;

GA 000490

2.    Unless otherwise required by Law or where a schedule of rates or prices is uniformly established by a government agency through regulation, policy or directive, the prices and other material terms set forth in this Agreement which have been quoted in this Agreement and on the bid or proposal submitted by the Contractor have not been knowingly disclosed by the Contractor, directly or indirectly, to any other bidder or proposer or to any competitor prior to the bid or proposal opening; and

3.    No attempt has been made or will be made by the Contractor to induce any other person or entity to submit or not to submit a bid or proposal for the purpose of restricting competition.

B.    The fact that the Contractor (i) has published price lists, rates, or tariffs covering items being procured, (ii) has informed prospective customers of proposed or pending publication of new or revised price lists for such items, or (iii) has sold the same items to other customers at the same prices and/or terms being bid or proposed, does not constitute, without more, a disclosure within the meaning of this Section.

5.    **VENDEX**

The Contractor represents and warrants that it and its principals have duly executed and filed all required VENDEX Questionnaires and, if applicable, Certificates of No Change, pursuant to PPB Rule § 2-08 and in accordance with the policies and procedures of the Mayor's Office of Contract Services. The Contractor understands that the Department's reliance upon the completeness and veracity of the information stated therein is a material condition to the execution of this Agreement, and represents and warrants that the information it and its principals have provided is accurate and complete.

6.    **Political Activity**

The Contractor's provision of services under this Agreement shall not include any partisan political activity or any activity to further the election or defeat of any candidate for public, political, or party office, nor shall any of the funds provided under this Agreement be used for such purposes.

7.    **Religious Activity**

There shall be no religious worship, instruction or proselytizing as part of or in connection with the Contractor's provision of services under this Agreement, nor shall any of the funds provided under this Agreement be used for such purposes.

8.    **Unlawful Discriminatory Practices: Admin. Code § 6-123**

As required by Admin. Code § 6-123, the Contractor will not engage in any unlawful discriminatory practice as defined in and pursuant to the terms of Title 8 of the City Administrative Code. The Contractor shall include a provision in any agreement with a first-level subcontractor performing services under this Agreement for an amount in excess of Fifty Thousand Dollars ($50,000) that such subcontractor shall not engage in any such unlawful discriminatory practice.

9. **Bankruptcy and Reorganization**

In the event that the Contractor files for bankruptcy or reorganization under Chapter Seven or Chapter Eleven of the United States Bankruptcy Code, the Contractor shall disclose such action to the Department within seven (7) days of filing.

## ASSIGNMENT AND SUBCONTRACTING

10. **Assignment**

A.    The Contractor shall not assign, transfer, convey or otherwise dispose of this Agreement, or the right to execute it, or the right, title or interest in or to it or any part of it, or assign, by power of attorney or otherwise, any of the monies due or to become due under this Agreement, without the prior written consent of the Commissioner. The giving of any such consent to a particular assignment shall not dispense with the necessity of such consent to any further or other assignments. Any such assignment, transfer, conveyance or other disposition without such written consent shall be void.

B.    Before entering into any such assignment, transfer, conveyance or other disposal of this Agreement, the Contractor shall submit a written request for approval to the Department giving the name and address of the proposed assignee. The proposed assignee's VENDEX questionnaire must be submitted within thirty (30) Days after the ACCO has granted preliminary written approval of the proposed assignee, if required. Upon the request of the Department, the Contractor shall provide any other information demonstrating that the proposed assignee has the necessary facilities, skill, integrity, past experience and financial resources to perform the specified services in accordance with the terms and conditions of this Agreement. The Agency shall make a final determination in writing approving or disapproving the assignee after receiving all requested information.

C.    Failure to obtain the prior written consent to such an assignment, transfer, conveyance, or other disposition may result in the revocation and annulment of this Agreement, at the option of the Commissioner. The City shall thereupon be relieved and discharged from any further liability and obligation to the Contractor, its assignees, or transferees, who shall forfeit all monies earned under this Agreement, except so much as may be necessary to pay the Contractor's employees.

D.    The provisions of this Section shall not hinder, prevent, or affect an assignment by the Contractor for the benefit of its creditors made pursuant to the Laws of the State.

E.    This Agreement may be assigned, in whole or in part, by the City to any corporation, agency, or instrumentality having authority to accept such assignment. The City shall provide the Contractor with written notice of any such assignment.

11. **Subcontracting**

A.    The Contractor shall not enter into any subcontract for an amount greater than Five Thousand Dollars ($5,000) for the performance of its obligations, in whole or in part, under this Agreement without the prior approval by the Department of the subcontractor. The Department hereby grants approval for all subcontracts for an amount that does not exceed Five

Thousand Dollars ($5,000).  The Contractor must submit monthly reports to the Department indicating all such subcontractors.  All subcontracts must be in writing.

B.    Prior to entering into any subcontract for an amount greater than Five Thousand Dollars ($5,000), the Contractor shall submit a written request for the approval of the proposed subcontractor to the Department giving the name and address of the proposed subcontractor and the portion of the services that it is to perform and furnish.  At the request of the Department, a copy of the proposed subcontract shall be submitted to the Department.  The proposed subcontractor's VENDEX Questionnaire must be submitted, if required, within thirty (30) Days after the ACCO has granted preliminary approval of the proposed subcontractor.  Upon the request of the Department, the Contractor shall provide any other information demonstrating that the proposed subcontractor has the necessary facilities, skill, integrity, past experience and financial resources to perform the specified services in accordance with the terms and conditions of this Agreement.  The Agency shall make a final determination in writing approving or disapproving the subcontractor after receiving all requested information.  For proposed subcontracts that do not exceed Twenty-five Thousand Dollars ($25,000), the Department's approval shall be deemed granted if the Department does not issue a written approval or disapproval within forty-five (45) Days of the Department's receipt of the written request for approval or, if applicable, within forty-five (45) Days of the Department's acknowledged receipt of fully completed VENDEX Questionnaires for the subcontractor.

C.    All subcontracts shall contain provisions specifying that:

1.    The work performed by the subcontractor must be in accordance with the terms of the agreement between the City and the Contractor;

2.    Nothing contained in the agreement between the Contractor and the subcontractor shall impair the rights of the City;

3.    Nothing contained in the agreement between the Contractor and the subcontractor, or under the agreement between the City and the Contractor, shall create any contractual relation between the subcontractor and the City; and

4.    The subcontractor specifically agrees to be bound by Section 4.07 and Article 5 of this Appendix A and specifically agrees that the City may enforce such provisions directly against the subcontractor as if the City were a party to the subcontract.

D.    The Contractor agrees that it is as fully responsible to the Department for the acts and omissions of its subcontractors and of persons either directly or indirectly employed by such subcontractors as it is for the acts and omissions of any person directly employed by it.

E.    For determining the value of a subcontract, all subcontracts with the same subcontractor shall be aggregated.

F.    The Department may revoke the approval of a subcontractor granted or deemed granted pursuant to Paragraphs (A) and (B) of this section if revocation is deemed to be in the interest of the City in writing on no less than ten (10) Days notice unless a shorter period is warranted by considerations of health, safety, integrity issues or other similar factors.  Upon the effective date of such revocation, the Contractor shall cause the subcontractor to cease all work under the Agreement.  The City shall not incur any further obligation for services performed by such subcontractor pursuant to this Agreement beyond the effective date of the revocation.  The

City shall pay for services provided by the subcontractor in accordance with this Agreement prior to the effective date of revocation.

G.    The Department's approval of a subcontractor shall not relieve the Contractor of any of its responsibilities, duties and liabilities under this Agreement.  At the request of the Department, the Contractor shall provide the Department a copy of any subcontract.

H.    Individual employer-employee contracts are not subcontracts subject to the requirements of this Section.

## LABOR PROVISIONS

### 12.  Independent Contractor Status

The Contractor and the Department agree that the Contractor is an independent contractor and not an employee of the Department or the City.  Accordingly, neither the Contractor nor its employees or agents will hold themselves out as, or claim to be, officers or employees of the City, or of any department, agency or unit of the City, by reason of this Agreement, and they will not, by reason of this Agreement, make any claim, demand or application to or for any right or benefit applicable to an officer or employee of the City, including, but not limited to, Workers' Compensation coverage, Disability Benefits coverage, Unemployment Insurance benefits, Social Security coverage or employee retirement membership or credit.

### 13.  Employees

All persons who are employed by the Contractor and all consultants or independent contractors who are retained by the Contractor to perform services under this Agreement are neither employees of the City nor under contract with the City.  The Contractor, and not the City, is responsible for their work, direction, compensation, and personal conduct while engaged under this Agreement.  Nothing in the Agreement shall impose any liability or duty on the City for the acts, omissions, liabilities or obligations of the Contractor, or any officer, employee, or agent of the Contractor, or for taxes of any nature, or for any right or benefit applicable to an officer or employee of the City, including, but not limited to, Workers' Compensation coverage, Disability Benefits coverage, Unemployment Insurance benefits, Social Security coverage or employee retirement membership or credit.  Except as specifically stated in this Agreement, nothing in this Agreement shall impose any liability or duty on the City to any person or entity.

### 14.  Removal of Individuals Performing Work

The Contractor shall not have anyone perform work under this Agreement who is not competent, faithful and skilled in the work for which he or she shall be employed.  Whenever the Commissioner shall inform the Contractor, in writing, that any individual is, in his or her opinion, incompetent, unfaithful, or unskilled, such individual shall no longer perform work under this Agreement.  Prior to making a determination to direct a Contractor that an individual shall no longer perform work under this Agreement, the Commissioner shall provide the Contractor an opportunity to be heard on no less than five (5) Days' written notice.  The Commissioner may direct the Contractor not to allow the individual from performing work under the Agreement pending the opportunity to be heard and the Commissioner's determination.

## 15. **Minimum Wage**

Except for those employees whose minimum wage is required to be fixed pursuant to Sections 220 or 230 of the New York State Labor Law or by City Administrative Code § 6-109, all persons employed by the Contractor in the performance of this Agreement shall be paid, without subsequent deduction or rebate, unless expressly authorized by Law, not less than the minimum wage as prescribed by Law. Any breach of this Section shall be deemed a material breach of this Agreement.

## 16. **Non-Discrimination: New York State Labor Law § 220-e**

A.     If this Agreement is for the construction, alteration or repair of any public building or public work or for the manufacture, sale, or distribution of materials, equipment, or supplies, the Contractor agrees, as required by New York State Labor Law § 220-e, that:

1.     In the hiring of employees for the performance of work under this Agreement or any subcontract hereunder, neither the Contractor, subcontractor, nor any person acting on behalf of such Contractor or subcontractor, shall by reason of race, creed, color, disability, sex or national origin discriminate against any citizen of the State of New York who is qualified and available to perform the work to which the employment relates;

2.     Neither the Contractor, subcontractor, nor any person on his or her behalf shall, in any manner, discriminate against or intimidate any employee hired for the performance of work under this Agreement on account of race, creed, color, disability, sex or national origin;

3.     There may be deducted from the amount payable to the Contractor by the City under this Agreement a penalty of Fifty Dollars ($50) for each person for each calendar day during which such person was discriminated against or intimidated in violation of the provisions of this Agreement; and

4.     This Agreement may be terminated by the City, and all monies due or to become due hereunder may be forfeited, for a second or any subsequent violation of the terms or conditions of this Section.

B.     The provisions of this Section shall be limited to operations performed within the territorial limits of the State of New York.

## 17. **Non-Discrimination: Admin. Code § 6-108**

If this Agreement is for the construction, alteration or repair of buildings or the construction or repair of streets or highways, or for the manufacture, sale, or distribution of materials, equipment or supplies, the Contractor agrees, as required by New York City Administrative Code § 6-108, that:

A.     It shall be unlawful for any person engaged in the construction, alteration or repair of buildings or engaged in the construction or repair of streets or highways pursuant to a contract with the City or engaged in the manufacture, sale or distribution of materials, equipment or supplies pursuant to a contract with the City to refuse to employ or to refuse to continue in any employment any person on account of the race, color or creed of such person.

GA 000495

B.    It shall be unlawful for any person or any servant, agent or employee of any person, described in Paragraph A above, to ask, indicate or transmit, orally or in writing, directly or indirectly, the race, color, creed or religious affiliation of any person employed or seeking employment from such person, firm or corporation.

C.    Breach of the foregoing provisions shall be deemed a breach of a material provision of this Agreement.

D.    Any person, or the employee, manager or owner of or officer of such firm or corporation who shall violate any of the provisions of this Section shall, upon conviction thereof, be punished by a fine of not more than One Hundred Dollars ($100) or by imprisonment for not more than thirty (30) Days, or both.

## 18.  Non-Discrimination: E.O. 50 -- Equal Employment Opportunity

A.    This Agreement is subject to the requirements of City Executive Order No. 50 (1980) ("E.O. 50"), as revised, and the rules set forth at 66 RCNY § 10-01 et seq.  No agreement will be awarded unless and until these requirements have been complied with in their entirety. The Contractor agrees that it:

1.    Will not discriminate unlawfully against any employee or applicant for employment because of race, creed, color, national origin, sex, age, disability, marital status, sexual orientation or citizenship status with respect to all employment decisions including, but not limited to, recruitment, hiring, upgrading, demotion, downgrading, transfer, training, rates of pay or other forms of compensation, layoff, termination, and all other terms and conditions of employment;

2.    Will not discriminate unlawfully in the selection of subcontractors on the basis of the owners', partners' or shareholders' race, color, creed, national origin, sex, age, disability, marital status, sexual orientation, or citizenship status;

3.    Will state in all solicitations or advertisements for employees placed by or on behalf of the Contractor that all qualified applicants will receive consideration for employment without unlawful discrimination based on race, color, creed, national origin, sex, age, disability, marital status, sexual orientation or citizenship status, and that it is an equal employment opportunity employer;

4.    Will send to each labor organization or representative of workers with which it has a collective bargaining agreement or other contract or memorandum of understanding, written notification of its equal employment opportunity commitments under E.O. 50 and the rules and regulations promulgated thereunder;

5.    Will furnish before this Agreement is awarded all information and reports including an Employment Report which are required by E.O. 50, the rules and regulations promulgated thereunder, and orders of the City Department of Small Business Services, Division of Labor Services ("DLS"); and

6.    Will permit DLS to have access to all relevant books, records, and accounts for the purposes of investigation to ascertain compliance with such rules, regulations, and orders.

B.    The Contractor understands that in the event of its noncompliance with the nondiscrimination clauses of this Agreement or with any of such rules, regulations, or orders, such noncompliance shall constitute a material breach of this Agreement and noncompliance with E.O. 50 and the rules and regulations promulgated thereunder.  After a hearing held pursuant to the rules of DLS, the Director of DLS may direct the Commissioner to impose any or all of the following sanctions:

       1.    Disapproval of the Contractor; and/or

       2.    Suspension or termination of the Agreement; and/or

       3.    Declaring the Contractor in default; and/or

       4.    In lieu of any of the foregoing sanctions, imposition of an employment program.

C.    Failure to comply with E.O. 50 and the rules and regulations promulgated thereunder in one or more instances may result in the Department declaring the Contractor to be non-responsible.

D.    The Contractor agrees to include the provisions of the foregoing Paragraphs in every subcontract or purchase order in excess of One Hundred Thousand Dollars ($100,000) to which it becomes a party unless exempted by E.O. 50 and the rules and regulations promulgated thereunder, so that such provisions will be binding upon each subcontractor or vendor.  The Contractor will take such action with respect to any subcontract or purchase order as may be directed by the Director of DLS as a means of enforcing such provisions including sanctions for noncompliance.  A supplier of unfinished products to the Contractor needed to produce the item contracted for shall not be considered a subcontractor or vendor for purposes of this Paragraph.

E.    The Contractor further agrees that it will refrain from entering into any subcontract or modification thereof subject to E.O. 50 and the rules and regulations promulgated thereunder with a subcontractor who is not in compliance with the requirements of E.O. 50 and the rules and regulations promulgated thereunder.  A supplier of unfinished products to the Contractor needed to produce the item contracted for shall not be considered a subcontractor for purposes of this Paragraph.

F.    Nothing contained in this Section shall be construed to bar any religious or denominational institution or organization, or any organization operated for charitable or educational purposes, that is operated, supervised or controlled by or in connection with a religious organization, from lawfully limiting employment or lawfully giving preference to persons of the same religion or denomination or from lawfully making such selection as is calculated by such organization to promote the religious principles for which it is established or maintained.

**RECORDS,
AUDITS, REPORTS, AND INVESTIGATIONS**

19.  **Books and Records**

The Contractor agrees to maintain separate and accurate books, records, documents and other evidence, and to utilize appropriate accounting procedures and practices, which sufficiently

and properly reflect all direct and indirect costs of any nature expended in the performance of this Agreement.

20. **Retention of Records**

The Contractor agrees to retain all books, records, and other documents relevant to this Agreement, including those required pursuant to Section 5.01, for six years after the final payment or expiration or termination of this Agreement, or for a period otherwise prescribed by Law, whichever is later. In addition, if any litigation, claim, or audit concerning this Agreement has commenced before the expiration of the six-year period, the records must be retained until the completion of such litigation, claim, or audit. Any books, records and other documents that are created in an electronic format in the regular course of business may be retained in an electronic format. Any books, records, and other documents that are created in the regular course of business as a paper copy may be retained in an electronic format provided that the records satisfy the requirements of New York Civil Practice Law and Rules ("CPLR") 4539(b), including the requirement that the reproduction is created in a manner "which does not permit additions, deletions, or changes without leaving a record of such additions, deletions, or changes." Furthermore, the Contractor agrees to waive any objection to the admissibility of any such books, records or other documents on the grounds that such documents do not satisfy CPLR 4539(b).

21. **Inspection**

A.     At any time during the Agreement or during the record retention period set forth in section 5.02, the City, including the Department and the Department's Office of the Inspector General, as well as City, State and federal auditors and any other persons duly authorized by the City shall, upon reasonable notice, have full access to and the right to examine and copy all books, records, and other documents maintained or retained by or on behalf of the Contractor pursuant to this Article. Notwithstanding any provision herein regarding notice of inspection, all books, records and other documents of the Contractor kept pursuant to this Agreement shall be subject to immediate inspection, review, and copying by the Department's Office of the Inspector General and/or the Comptroller without prior notice and at no additional cost to the City. The Contractor shall make such books, records and other documents available for inspection in the City of New York or shall reimburse the City for expenses associated with the out-of-City inspection.

B.     The Department shall have the right to have representatives of the Department or of the City, State or federal government present to observe the services being performed.

C.     The Contractor shall not be entitled to final payment until the Contractor has complied with any request for inspection or access given under this Section.

22. **Audit**

A.     This Agreement and all books, records, documents, and other evidence required to be maintained or retained pursuant to this Agreement, including all vouchers or invoices presented for payment and the books, records, and other documents upon which such vouchers or invoices are based (e.g., reports, cancelled checks, accounts, and all other similar material), are

subject to audit by (i) the City, including the Comptroller, the Department, and the Department's Office of the Inspector General, (ii) the State, (iii) the federal government, and (iv) other persons duly authorized by the City. Such audits may include examination and review of the source and application of all funds whether from the City, the State, the federal government, private sources or otherwise.

B.    Audits by the City, including the Comptroller, the Department, and the Department's Office of the Inspector General, are performed pursuant to the powers and responsibilities conferred by the Charter and the Admin. Code, as well as all orders, rules, and regulations promulgated pursuant to the Charter and Admin. Code.

C.    The Contractor shall submit any and all documentation and justification in support of expenditures or fees under this Agreement as may be required by the Department and by the Comptroller in the exercise of his/her powers under Law.

D.    The Contractor shall not be entitled to final payment until the Contractor has complied with the requirements of this Section.

### 23.  No Removal of Records from Premises

Where performance of this Agreement involves use by the Contractor of any City books, records, documents, or data (in hard copy, or electronic or other format now known or developed in the future) at City facilities or offices, the Contractor shall not remove any such data (in the format in which it originally existed, or in any other converted or derived format) from such facility or office without the prior written approval of the Department's designated official. Upon the request by the Department at any time during the Agreement or after the Agreement has expired or terminated, the Contractor shall return to the Department any City books, records, documents, or data that has been removed from City premises.

### 24.  Electronic Records

As used in this Appendix A, the terms books, records, documents, and other data refer to electronic versions as well as hard copy versions.

### 25.  Investigations Clause

A.    The Contractor agrees to cooperate fully and faithfully with any investigation, audit or inquiry conducted by a State or City agency or authority that is empowered directly or by designation to compel the attendance of witnesses and to examine witnesses under oath, or conducted by the Inspector General of a governmental agency that is a party in interest to the transaction, submitted bid, submitted proposal, contract, lease, permit, or license that is the subject of the investigation, audit or inquiry.

B.    1.    If any person who has been advised that his or her statement, and any information from such statement, will not be used against him or her in any subsequent criminal proceeding refuses to testify before a grand jury or other governmental agency or authority empowered directly or by designation to compel the attendance of witnesses and to examine witnesses under oath concerning the award of or performance under any transaction, agreement, lease, permit, contract, or license entered into with the City, or State, or any political subdivision or public authority thereof, or the Port Authority of

New York and New Jersey, or any local development corporation within the City, or any public benefit corporation organized under the Laws of the State, or;

2.    If any person refuses to testify for a reason other than the assertion of his or her privilege against self-incrimination in an investigation, audit or inquiry conducted by a City or State governmental agency or authority empowered directly or by designation to compel the attendance of witnesses and to take testimony under oath, or by the Inspector General of the governmental agency that is a party in interest in, and is seeking testimony concerning the award of, or performance under, any transaction, agreement, lease, permit, contract, or license entered into with the City, the State, or any political subdivision thereof or any local development corporation within the City, then;

C.    1.    The Commissioner or Agency Head whose agency is a party in interest to the transaction, submitted bid, submitted proposal, contract, lease, permit, or license shall convene a hearing, upon not less than five (5) Days written notice to the parties involved to determine if any penalties should attach for the failure of a person to testify.

2.    If any non-governmental party to the hearing requests an adjournment, the Commissioner or Agency Head who convened the hearing may, upon granting the adjournment, suspend any contract, lease, permit, or license pending the final determination pursuant to Paragraph E below without the City incurring any penalty or damages for delay or otherwise.

D.    The penalties that may attach after a final determination by the Commissioner or Agency Head may include but shall not exceed:

1. The disqualification for a period not to exceed five (5) years from the date of an adverse determination for any person, or any entity of which such person was a member at the time the testimony was sought, from submitting bids for, or transacting business with, or entering into or obtaining any contract, lease, permit or license with or from the City; and/or

2. The cancellation or termination of any and all such existing City contracts, leases, permits or licenses that the refusal to testify concerns and that have not been assigned as permitted under this Agreement, nor the proceeds of which pledged, to an unaffiliated and unrelated institutional lender for fair value prior to the issuance of the notice scheduling the hearing, without the City incurring any penalty or damages on account of such cancellation or termination; monies lawfully due for goods delivered, work done, rentals, or fees accrued prior to the cancellation or termination shall be paid by the City.

E.    The Commissioner or Agency Head shall consider and address in reaching his or her determination and in assessing an appropriate penalty the factors in Paragraphs (1) and (2) below.  He or she may also consider, if relevant and appropriate, the criteria established in Paragraphs (3) and (4) below, in addition to any other information that may be relevant and appropriate:

1.    The party's good faith endeavors or lack thereof to cooperate fully and faithfully with any governmental investigation or audit, including but not limited to the discipline, discharge, or disassociation of any person failing to testify, the production of

accurate and complete books and records, and the forthcoming testimony of all other members, agents, assignees or fiduciaries whose testimony is sought.

2.      The relationship of the person who refused to testify to any entity that is a party to the hearing, including, but not limited to, whether the person whose testimony is sought has an ownership interest in the entity and/or the degree of authority and responsibility the person has within the entity.

3.      The nexus of the testimony sought to the subject entity and its contracts, leases, permits or licenses with the City.

4.      The effect a penalty may have on an unaffiliated and unrelated party or entity that has a significant interest in an entity subject to penalties under Paragraph D above, provided that the party or entity has given actual notice to the Commissioner or Agency Head upon the acquisition of the interest, or at the hearing called for in Paragraph (C)(1) above gives notice and proves that such interest was previously acquired.  Under either circumstance, the party or entity must present evidence at the hearing demonstrating the potential adverse impact a penalty will have on such person or entity.

F.      Definitions

1.      The term "license" or "permit" as used in this Section shall be defined as a license, permit, franchise, or concession not granted as a matter of right.

2.      The term "person" as used in this Section shall be defined as any natural person doing business alone or associated with another person or entity as a partner, director, officer, principal or employee.

3.      The term "entity" as used in this Section shall be defined as any firm, partnership, corporation, association, or person that receives monies, benefits, licenses, leases, or permits from or through the City, or otherwise transacts business with the City.

4.      The term "member" as used in this Section shall be defined as any person associated with another person or entity as a partner, director, officer, principal, or employee.

G.      In addition to and notwithstanding any other provision of this Agreement, the Commissioner or Agency Head may in his or her sole discretion terminate this Agreement upon not less than three (3) Days written notice in the event the Contractor fails to promptly report in writing to the City Commissioner of Investigation any solicitation of money, goods, requests for future employment or other benefits or thing of value, by or on behalf of any employee of the City or other person or entity for any purpose that may be related to the procurement or obtaining of this Agreement by the Contractor, or affecting the performance of this Agreement.

## 26.  **Confidentiality**

A.      The Contractor agrees to hold confidential, both during and after the completion or termination of this Agreement, all of the reports, information, or data, furnished to, or prepared, assembled or used by, the Contractor under this Agreement.  The Contractor agrees that such reports, information, or data shall not be made available to any person or entity without the prior written approval of the Department.  The Contractor agrees to maintain the confidentiality of such reports, information, or data by using a reasonable degree of care, and

using at least the same degree of care that the Contractor uses to preserve the confidentiality of its own confidential information. In the event that the data contains social security numbers or other Personal Identifying Information, as such term is defined in Paragraph B of this Section, the Contractor shall utilize best practice methods (e.g., encryption of electronic records) to protect the confidentiality of such data. The obligation under this Section to hold reports, information or data confidential shall not apply where the City would be required to disclose such reports, information or data pursuant to the State Freedom of Information Law ("FOIL"), provided that the Contractor provides advance notice to the City, in writing or by e-mail, that it intends to disclose such reports, information or data and the City does not inform the contractor, in writing or by e-mail, that such reports, information, or data are not subject to disclosure under FOIL.

B.    The Contractor shall provide notice to the Department within three (3) days of the discovery by the Contractor of any breach of security, as defined in Admin. Code § 10-501(b), of any data, encrypted or otherwise, in use by the Contractor that contains social security numbers or other personal identifying information as defined in Admin. Code § 10-501 ("Personal Identifying Information"), where such breach of security arises out of the acts or omissions of the Contractor or its employees, subcontractors, or agents. Upon the discovery of such security breach, the Contractor shall take reasonable steps to remediate the cause or causes of such breach, and shall provide notice to the Department of such steps. In the event of such breach of security, without limiting any other right of the City, the City shall have the right to withhold further payments under this Agreement for the purpose of set-off in sufficient sums to cover the costs of notifications and/or other actions mandated by any Law, or administrative or judicial order, to address the breach, and including any fines or disallowances imposed by the State or federal government as a result of the disclosure. The City shall also have the right to withhold further payments hereunder for the purpose of set-off in sufficient sums to cover the costs of credit monitoring services for the victims of such a breach of security by a national credit reporting agency, and/or any other commercially reasonable preventive measure. The Department shall provide the Contractor with written notice and an opportunity to comment on such measures prior to implementation. Alternatively, at the City's discretion, or if monies remaining to be earned or paid under this Agreement are insufficient to cover the costs detailed above, the Contractor shall pay directly for the costs, detailed above, if any.

C.    The Contractor shall restrict access to confidential information to persons who have a legitimate work related purpose to access such information. The Contractor agrees that it will instruct its officers, employees, and agents to maintain the confidentiality of any and all information required to be kept confidential by this Agreement.

D.    The Contractor, and its officers, employees, and agents shall notify the Department, at any time either during or after completion or termination of this Agreement, of any intended statement to the press or any intended issuing of any material for publication in any media of communication (print, news, television, radio, Internet, etc.) regarding the services provided or the data collected pursuant to this Agreement at least twenty-four (24) hours prior to any statement to the press or at least five (5) business Days prior to the submission of the material for publication, or such shorter periods as are reasonable under the circumstances. The Contractor may not issue any statement or submit any material for publication that includes confidential information as prohibited by this Section 5.08.

E.    At the request of the Department, the Contractor shall return to the Department any and all confidential information in the possession of the Contractor or its subcontractors. If the Contractor or its subcontractors are legally required to retain any confidential information, the Contractor shall notify the Department in writing and set forth the confidential information that it intends to retain and the reasons why it is legally required to retain such information. The Contractor shall confer with the Department, in good faith, regarding any issues that arise from the Contractor retaining such confidential information. If the Department does not request such information, or the Law does not require otherwise, such information shall be maintained in accordance with the requirements set forth in Section 5.02.

F.    A breach of this Section shall constitute a material breach of this Agreement for which the Department may terminate this Agreement pursuant to Article 10. The Department reserves any and all other rights and remedies in the event of unauthorized disclosure.

## COPYRIGHTS, PATENTS, INVENTIONS, AND ANTITRUST

### 27. Copyrights

A.    Any reports, documents, data, photographs, deliverables, and/or other materials produced pursuant to this Agreement, and any and all drafts and/or other preliminary materials in any format related to such items produced pursuant to this Agreement, shall upon their creation become the exclusive property of the City.

B.    Any reports, documents, data, photographs, deliverables, and/or other materials provided pursuant to this Agreement ("Copyrightable Materials") shall be considered "work-made-for-hire" within the meaning and purview of Section 101 of the United States Copyright Act, 17 U.S.C. § 101, and the City shall be the copyright owner thereof and of all aspects, elements and components thereof in which copyright protection might exist. To the extent that the Copyrightable Materials do not qualify as "work-made-for-hire," the Contractor hereby irrevocably transfers, assigns and conveys exclusive copyright ownership in and to the Copyrightable Materials to the City, free and clear of any liens, claims, or other encumbrances. The Contractor shall retain no copyright or intellectual property interest in the Copyrightable Materials. The Copyrightable Materials shall be used by the Contractor for no purpose other than in the performance of this Agreement without the prior written permission of the City. The Department may grant the Contractor a license to use the Copyrightable Materials on such terms as determined by the Department and set forth in the license.

C.    The Contractor acknowledges that the City may, in its sole discretion, register copyright in the Copyrightable Materials with the United States Copyright Office or any other government agency authorized to grant copyright registrations. The Contractor shall fully cooperate in this effort, and agrees to provide any and all documentation necessary to accomplish this.

D.    The Contractor represents and warrants that the Copyrightable Materials: (i) are wholly original material not published elsewhere (except for material that is in the public domain); (ii) do not violate any copyright Law; (iii) do not constitute defamation or invasion of the right of privacy or publicity; and (iv) are not an infringement, of any kind, of the rights of any third party. To the extent that the Copyrightable Materials incorporate any non-original

material, the Contractor has obtained all necessary permissions and clearances, in writing, for the use of such non-original material under this Agreement, copies of which shall be provided to the City upon execution of this Agreement.

       E.     If the services under this Agreement are supported by a federal grant of funds, the federal and State government reserves a royalty-free, non-exclusive irrevocable license to reproduce, publish, or otherwise use and to authorize others to use, for federal or State government purposes, the copyright in any Copyrightable Materials developed under this Agreement.

       F.     If the Contractor publishes a work dealing with any aspect of performance under this Agreement, or with the results of such performance, the City shall have a royalty-free, non-exclusive irrevocable license to reproduce, publish, or otherwise use such work for City governmental purposes.

### 28. Patents and Inventions

The Contractor shall promptly and fully report to the Department any discovery or invention arising out of or developed in the course of performance of this Agreement. If the services under this Agreement are supported by a federal grant of funds, the Contractor shall promptly and fully report to the federal government for the federal government to make a determination as to whether patent protection on such invention shall be sought and how the rights in the invention or discovery, including rights under any patent issued thereon, shall be disposed of and administered in order to protect the public interest.

### 29. Pre-existing Rights

In no case shall Sections 6.01 and 6.02 apply to, or prevent the Contractor from asserting or protecting its rights in any discovery, invention, report, document, data, photograph, deliverable, or other material in connection with or produced pursuant to this Agreement that existed prior to or was developed or discovered independently from the activities directly related to this Agreement.

### 30. Antitrust

The Contractor hereby assigns, sells, and transfers to the City all right, title and interest in and to any claims and causes of action arising under the antitrust laws of the State or of the United States relating to the particular goods or services procured by the City under this Agreement.

## INSURANCE

### 31. Agreement to Insure

The Contractor shall not commence performing services under this Agreement unless and until all insurance required by this Article is in effect, and shall ensure continuous insurance coverage in the manner, form, and limits required by this Article throughout the term of the Agreement.

32.  **Commercial General Liability Insurance**

A.     The Contractor shall maintain Commercial General Liability Insurance covering the Contractor as Named Insured and the City as an Additional Insured in the amount of at least One Million Dollars ($1,000,000) per occurrence.  Such insurance shall protect the City and the Contractor from claims for property damage and/or bodily injury, including death that may arise from any of the operations under this Agreement.  Coverage under this insurance shall be at least as broad as that provided by the most recently issued Insurance Services Office ("ISO") Form CG 0001, and shall be "occurrence" based rather than "claims-made."

B.     Such Commercial General Liability Insurance shall name the City, together with its officials and employees, as an Additional Insured with coverage at least as broad as the most recently issued ISO Form CG 20 10.

33.  **Professional Liability Insurance**

A.     At the Department's direction, if professional services are provided pursuant to this Agreement, the Contractor shall maintain and submit evidence of Professional Liability Insurance appropriate to the type(s) of such services to be provided under this Agreement in the amount of at least One Million Dollars ($1,000,000) per claim.  The policy or policies shall include an endorsement to cover the liability assumed by the Contractor under this Agreement arising out of the negligent performance of professional services or caused by an error, omission or negligent act of the Contractor or anyone employed by the Contractor.

B.     All subcontractors of the Contractor providing professional services under this Agreement for which Professional Liability Insurance is reasonably commercially available shall also maintain such insurance in the amount of at least One Million Dollars ($1,000,000) per claim, and the Contractor shall provide to the Department, at the time of the request for subcontractor approval, evidence of such Professional Liability Insurance on forms acceptable to the Department.

C.     Claims-made policies will be accepted for Professional Liability Insurance.  All such policies shall have an extended reporting period option or automatic coverage of not less than two (2) years.  If available as an option, the Contractor shall purchase extended reporting period coverage effective on cancellation or termination of such insurance unless a new policy is secured with a retroactive date, including at least the last policy year.

34.  **Workers' Compensation, Disability Benefits, and Employer's Liability Insurance**

The Contractor shall maintain, and ensure that each subcontractor maintains, Workers' Compensation Insurance, Disability Benefits Insurance, and Employer's Liability Insurance in accordance with the Laws of the State on behalf of, or with regard to, all employees providing services under this Agreement.

35.  **Unemployment Insurance**

To the extent required by Law, the Contractor shall provide Unemployment Insurance for its employees.

36. **Business Automobile Liability Insurance**

A.    If vehicles are used in the provision of services under this Agreement, then the Contractor shall maintain Business Automobile Liability insurance in the amount of at least One Million Dollars ($1,000,000) each accident combined single limit for liability arising out of ownership, maintenance or use of any owned, non-owned, or hired vehicles to be used in connection with this Agreement. Coverage shall be at least as broad as the most recently issued ISO Form CA0001.

B.    If vehicles are used for transporting hazardous materials, the Business Automobile Liability Insurance shall be endorsed to provide pollution liability broadened coverage for covered vehicles (endorsement CA 99 48) as well as proof of MCS-90.

37. **General Requirements for Insurance Coverage and Policies**

A.    All required insurance policies shall be maintained with companies that may lawfully issue the required policy and have an A.M. Best rating of at least A- / "VII" or a Standard and Poor's rating of at least A, unless prior written approval is obtained from the City Law Department.

B.    All insurance policies shall be primary (and non-contributing) to any insurance or self-insurance maintained by the City.

C.    The Contractor shall be solely responsible for the payment of all premiums for all required insurance policies and all deductibles or self-insured retentions to which such policies are subject, whether or not the City is an insured under the policy.

D.    There shall be no self-insurance program with regard to any insurance required under this Article unless approved in writing by the Commissioner. Any such self-insurance program shall provide the City with all rights that would be provided by traditional insurance required under this Article, including but not limited to the defense obligations that insurers are required to undertake in liability policies.

E.    The City's limits of coverage for all types of insurance required under this Article shall be the greater of (i) the minimum limits set forth in this Article or (ii) the limits provided to the Contractor as Named Insured under all primary, excess, and umbrella policies of that type of coverage.

38. **Proof of Insurance**

A.    For Workers' Compensation Insurance, Disability Benefits Insurance, and Employer's Liability Insurance, the Contractor shall file one of the following within ten (10) Days of award of this Agreement. ACORD forms are not acceptable proof of workers' compensation coverage.

1.    C-105.2 Certificate of Workers' Compensation Insurance;

2.    U-26.3 -- State Insurance Fund Certificate of Workers' Compensation Insurance;

3.    Request for WC/DB Exemption (Form CE-200);

4.    Equivalent or successor forms used by the New York State Workers' Compensation Board; or

     5.     Other proof of insurance in a form acceptable to the City.

     B.     For each policy required under this Agreement, except for Workers' Compensation Insurance, Disability Benefits Insurance, Employer's Liability Insurance, and Unemployment Insurance, the Contractor shall file a Certificate of Insurance with the Department within ten (10) Days of award of this Agreement. All Certificates of Insurance shall be (a) in a form acceptable to the City and certify the issuance and effectiveness of such policies of insurance, each with the specified minimum limits; and (b) accompanied by the endorsement in the Contractor's general liability policy by which the City has been made an additional insured pursuant to Section 7.02(B). All Certificate(s) of Insurance shall be accompanied by either a duly executed "Certification by Broker" in the form attached to this Appendix A or copies of all policies referenced in the Certificate of Insurance. If complete policies have not yet been issued, binders are acceptable, until such time as the complete policies have been issued, at which time such policies shall be submitted.

     C.     Certificates of Insurance confirming renewals of insurance shall be submitted to the Commissioner prior to the expiration date of coverage of policies required under this Article. Such Certificates of Insurance shall comply with the requirements of Section 7.08 (A) and Section 7.08(B), as applicable.

     D.     The Contractor shall provide the City with a copy of any policy required under this Article upon the demand for such policy by the Commissioner or the New York City Law Department.

     E.     Acceptance by the Commissioner of a certificate or a policy does not excuse the Contractor from maintaining policies consistent with all provisions of this Article (and ensuring that subcontractors maintain such policies) or from any liability arising from its failure to do so.

     F.     In the event the Contractor receives notice, from an insurance company or other person, that any insurance policy required under this Article shall expire or be cancelled or terminated for any reason, the Contractor shall immediately forward a copy of such notice to both the Commissioner [insert Agency name and appropriate address], and the New York City Comptroller, Attn: Office of Contract Administration, Municipal Building, One Centre Street, Room 1005, New York, New York 10007.

### 39. **Miscellaneous**

     A.     Whenever notice of loss, damage, occurrence, accident, claim or suit is required under a general liability policy maintained in accordance with this Article, the Contractor shall provide the insurer with timely notice thereof on behalf of the City. Such notice shall be given even where the Contractor may not have coverage under such policy (for example, where one of Contractor's employees was injured). Such notice shall expressly specify that "this notice is being given on behalf of the City of New York as Additional Insured" and contain the following information: the number of the insurance policy; the name of the named insured; the date and location of the damage, occurrence, or accident; the identity of the persons or things injured, damaged, or lost; and the title of the claim or suit, if applicable. The Contractor shall simultaneously send a copy of such notice to the City of New York c/o Insurance Claims Specialist, Affirmative Litigation Division, New York City Law Department, 100 Church Street, New York, New York 10007. If the Contractor fails to comply with the requirements of this paragraph, the Contractor shall indemnify the City for all losses, judgments, settlements and

expenses, including reasonable attorneys' fees, arising from an insurer's disclaimer of coverage citing late notice by or on behalf of the City.

B.    The Contractor's failure to maintain any of the insurance required by this Article shall constitute a material breach of this Agreement. Such breach shall not be waived or otherwise excused by any action or inaction by the City at any time.

C.    Insurance coverage in the minimum amounts required in this Article shall not relieve the Contractor or its subcontractors of any liability under this Agreement, nor shall it preclude the City from exercising any rights or taking such other actions as are available to it under any other provisions of this Agreement or Law.

D.    The Contractor waives all rights against the City, including its officials and employees for any damages or losses that are covered under any insurance required under this Article (whether or not such insurance is actually procured or claims are paid thereunder) or any other insurance applicable to the operations of the Contractor and/or its subcontractors in the performance of this Agreement.

E.    In the event the Contractor requires any subcontractor to procure insurance with regard to any operations under this Agreement and requires such subcontractor to name the Contractor as an additional insured under such insurance, the Contractor shall ensure that such entity also name the City, including its officials and employees, as an additional insured with coverage at least as broad as the most recently issued ISO form CG 20 26.

## PROTECTION OF PERSONS AND PROPERTY
## AND INDEMNIFICATION

### 40.  Reasonable Precautions

The Contractor shall take all reasonable precautions to protect all persons and the property of the City and of others from damage, loss or injury resulting from the Contractor's and/or its subcontractors' operations under this Agreement.

### 41.  Protection of City Property

The Contractor assumes the risk of, and shall be responsible for, any loss or damage to City property, including property and equipment leased by the City, used in the performance of this Agreement, where such loss or damage is caused by any tortious act, or failure to comply with the provisions of this Agreement or of Law by the Contractor, its officers, employees, agents or subcontractors.

### 42.  Indemnification

The Contractor shall defend, indemnify and hold the City, its officers and employees harmless from any and all claims (even if the allegations of the lawsuit are without merit) or judgments for damages on account of any injuries or death to any person or damage to any property and from costs and expenses to which the City, its officers and employees may be subjected or which it may suffer or incur allegedly arising out of or in connection with any operations of the Contractor and/or its subcontractors to the extent resulting from any negligent act of commission or omission, any intentional tortious act, or failure to comply with the

provisions of this Agreement or of the Laws.  Insofar as the facts or Law relating to any claim would preclude the City from being completely indemnified by the Contractor, the City shall be partially indemnified by the Contractor to the fullest extent permitted by Law.

### 43.  Infringement Indemnification

The Contractor shall defend, indemnify and hold the City harmless from any and all claims (even if the allegations of the lawsuit are without merit) or judgments for damages and from costs and expenses to which the City may be subject to or which it may suffer or incur allegedly arising out of or in connection with any infringement by the Contractor of any copyright, trade secrets, trademark or patent rights or any other property or personal right of any third party by the Contractor and/or its subcontractors in the performance of this Agreement. The Contractor shall defend, indemnify, and hold the City harmless regardless of whether or not the alleged infringement arises out of compliance with the Agreement's scope of services/scope of work. Insofar as the facts or Law relating to any claim would preclude the City from being completely indemnified by the Contractor, the City shall be partially indemnified by the Contractor to the fullest extent permitted by Law.

### 44.  Indemnification Obligations Not Limited By Insurance Obligation

The indemnification provisions set forth in this Article shall not be limited in any way by the Contractor's obligations to obtain and maintain insurance as provided in this Agreement.

### 45.  Actions By or Against Third Parties

A.    In the event any claim is made or any action brought in any way relating to Agreement, other than an action between the City and the Contractor, the Contractor shall diligently render to the City without additional compensation all assistance which the City may reasonably require of the Contractor.

B.    The Contractor shall report to the Department in writing within five (5) business Days of the initiation by or against the Contractor of any legal action or proceeding in connection with or relating to this Agreement.

### 46.  Withholding of Payments

A.    In the event that any claim is made or any action is brought against the City for which the Contractor may be required to indemnify the City pursuant to this Agreement, the City shall have the right to withhold further payments under this Agreement for the purpose of set-off in sufficient sums to cover the said claim or action.

B.    In the event that any City property is lost or damaged as set forth in Section 8.02, except for normal wear and tear, the City shall have the right to withhold further payments under this Agreement for the purpose of set-off in sufficient sums to cover such loss or damage.

C.    The City shall not, however, impose a setoff in the event that an insurance company that provided liability insurance pursuant to Article 7 above has accepted the City's tender of the claim or action without a reservation of rights.

D.    The Department may, at its option, withhold for purposes of set-off any monies due to the Contractor under this Agreement up to the amount of any disallowances or questioned costs resulting from any audits of the Contractor or to the amount of any overpayment to the Contractor with regard to this Agreement.

E.    The rights and remedies of the City provided for in this Section shall not be exclusive and are in addition to any other rights and remedies provided by Law or this Agreement.

### 47.  No Third Party Rights

The provisions of this Agreement shall not be deemed to create any right of action in favor of third parties against the Contractor or the City or their respective officers and employees.

## CONTRACT CHANGES

### 48.  Contract Changes

Changes to this Agreement may be made only as duly authorized by the ACCO or his or her designee and in accordance with the PPB Rules.  Any amendment or change to this Agreement shall not be valid unless made in writing and signed by authorized representatives of both parties.  Contractors deviating from the requirements of this Agreement without a duly approved and executed change order document, or written contract modification or amendment, do so at their own risk.

### 49.  Changes Through Fault of Contractor

In the event that any change is required in the data, documents, deliverables, or other services to be provided under this Agreement because of negligence or error of the Contractor, no additional compensation shall be paid to the Contractor for making such change, and the Contractor is obligated to make such change without additional compensation.

## TERMINATION, DEFAULT, AND REDUCTIONS IN FUNDING

### 50.  Termination by the City Without Cause

A.    The City shall have the right to terminate this Agreement, in whole or in part, without cause, in accordance with the provisions of Section 10.05.

B.    If the City terminates this Agreement pursuant to this Section, the following provisions apply.  The City shall not incur or pay any further obligation pursuant to this Agreement beyond the termination date set by the City pursuant to Section 10.05. The City shall pay for services provided in accordance with this Agreement prior to the termination date.  In addition, any obligation necessarily incurred by the Contractor on account of this Agreement prior to receipt of notice of termination and falling due after the termination date shall be paid by the City in accordance with the terms of this Agreement.  In no event shall such obligation be construed as including any lease or other occupancy agreement, oral or written, entered into between the Contractor and its landlord.

GA 000510

51. **Reductions in Federal, State and/or City Funding**

A.    This Agreement is funded in whole or in part by funds secured from the federal, State and/or City governments. Should there be a reduction or discontinuance of such funds by action of the federal, State and/or City governments, the City shall have, in its sole discretion, the right to terminate this Agreement in whole or in part, or to reduce the funding and/or level of services of this Agreement caused by such action by the federal, State and/or City governments, including, in the case of the reduction option, but not limited to, the reduction or elimination of programs, services or service components; the reduction or elimination of contract-reimbursable staff or staff-hours, and corresponding reductions in the budget of this Agreement and in the total amount payable under this Agreement. Any reduction in funds pursuant to this Section shall be accompanied by an appropriate reduction in the services performed under this Agreement.

B.    In the case of the reduction option referred to in Paragraph A, above, any such reduction shall be effective as of the date set forth in a written notice thereof to the Contractor, which shall be not less than thirty (30) Days from the date of such notice. Prior to sending such notice of reduction, the Department shall advise the Contractor that such option is being exercised and afford the Contractor an opportunity to make within seven (7) Days any suggestion(s) it may have as to which program(s), service(s), service component(s), staff or staff-hours might be reduced or eliminated, provided, however, that the Department shall not be bound to utilize any of the Contractor's suggestions and that the Department shall have sole discretion as to how to effectuate the reductions.

C.    If the City reduces funding pursuant to this Section, the following provisions apply. The City shall pay for services provided in accordance with this Agreement prior to the reduction date. In addition, any obligation necessarily incurred by the Contractor on account of this Agreement prior to receipt of notice of reduction and falling due after the reduction date shall be paid by the City in accordance with the terms of this Agreement. In no event shall such obligation be construed as including any lease or other occupancy agreement, oral or written, entered into between the Contractor and its landlord.

D.    To the extent that the reduction in public funds is a result of the State determining that the Contractor may receive medical assistance funds pursuant to title eleven of article five of the Social Services Law to fund the services contained within the scope of a program under this Agreement, then the notice and effective date provisions of this section shall not apply, and the Department may reduce such public funds authorized under this Agreement by informing the Contractor of the amount of the reduction and revising attachments to this agreement as appropriate.

52. **Contractor Default**

A.    The City shall have the right to declare the Contractor in default:

1.    Upon a breach by the Contractor of a material term or condition of this Agreement, including unsatisfactory performance of the services;

2.    Upon insolvency or the commencement of any proceeding by or against the Contractor, either voluntarily or involuntarily, under the Bankruptcy Code or relating to the insolvency, receivership, liquidation, or composition of the Contractor for the benefit of creditors;

3.    If the Contractor refuses or fails to proceed with the services under the Agreement when and as directed by the Commissioner;

4.    If the Contractor or any of its officers, directors, partners, five percent (5%) or greater shareholders, principals, or other employee or person substantially involved in its activities are indicted or convicted after execution of the Agreement under any state or federal law of any of the following:

   a.    a criminal offense incident to obtaining or attempting to obtain or performing a public or private contract;

   b.    fraud, embezzlement, theft, bribery, forgery, falsification, or destruction of records, or receiving stolen property;

   c.    a criminal violation of any state or federal antitrust law;

   d.    violation of the Racketeer Influence and Corrupt Organization Act, 18 U.S.C. § 1961 et seq., or the Mail Fraud Act, 18 U.S.C. § 1341 et seq., for acts in connection with the submission of bids or proposals for a public or private contract;

   e.    conspiracy to commit any act or omission that would constitute grounds for conviction or liability under any statute described in subparagraph (d) above; or

   f.    an offense indicating a lack of business integrity that seriously and directly affects responsibility as a City vendor.

5.    If the Contractor or any of its officers, directors, partners, five percent (5%) or greater shareholders, principals, or other employee or person substantially involved in its activities are subject to a judgment of civil liability under any state or federal antitrust law for acts or omissions in connection with the submission of bids or proposals for a public or private contract; or

6.    If the Contractor or any of its officers, directors, partners, five percent (5%) or greater shareholders, principals, or other employee or person substantially involved in its activities makes or causes to be made any false, deceptive, or fraudulent material statement, or fail to make a required material statement in any bid, proposal, or application for City or other government work.

B.    The right to declare the Contractor in default shall be exercised by sending the Contractor a written notice of the conditions of default, signed by the Commissioner, setting forth the ground or grounds upon which such default is declared ("Notice to Cure"). The Contractor shall have ten (10) Days from receipt of the Notice to Cure or any longer period that is set forth in the Notice to Cure to cure the default. The Commissioner may temporarily suspend services under the Agreement pending the outcome of the default proceedings pursuant to this Section.

C.    If the conditions set forth in the Notice to Cure are not cured within the period set forth in the Notice to Cure, the Commissioner may declare the Contractor in default pursuant to this Section. Before the Commissioner may exercise his or her right to declare the Contractor in default, the Commissioner shall give the Contractor an opportunity to be heard upon not less than five (5) business days notice. The Commissioner may, in his or her discretion, provide for such

opportunity to be in writing or in person. Such opportunity to be heard shall not occur prior to the end of the cure period but notice of such opportunity to be heard may be given prior to the end of the cure period and may be given contemporaneously with the Notice to Cure.

D.      After the opportunity to be heard, the Commissioner may terminate the Agreement, in whole or in part, upon finding the Contractor in default pursuant to this Section, in accordance with the provisions of Section 10.05.

E.      The Commissioner, after declaring the Contractor in default, may have the services under the Agreement completed by such means and in such manner, by contract with or without public letting, or otherwise, as he or she may deem advisable in accordance with applicable PPB Rules. After such completion, the Commissioner shall certify the expense incurred in such completion, which shall include the cost of re-letting. Should the expense of such completion, as certified by the Commissioner, exceed the total sum which would have been payable under the Agreement if it had been completed by the Contractor, any excess shall be promptly paid by the Contractor upon demand by the City. The excess expense of such completion, including any and all related and incidental costs, as so certified by the Commissioner, and any liquidated damages assessed against the Contractor, may be charged against and deducted out of monies earned by the Contractor.

### 53.   Force Majeure

A.      For purposes of this Agreement, a force majeure event is an act or event beyond the control and without any fault or negligence of the Contractor ("Force Majeure Event"). Such events may include, but are not limited to, fire, flood, earthquake, storm or other natural disaster, civil commotion, war, terrorism, riot, and labor disputes not brought about by any act or omission of the Contractor.

B.      In the event the Contractor cannot comply with the terms of the Agreement (including any failure by the Contractor to make progress in the performance of the services) because of a Force Majeure Event, then the Contractor may ask the Commissioner to excuse the nonperformance and/or terminate the Agreement. If the Commissioner, in his or her reasonable discretion, determines that the Contractor cannot comply with the terms of the Agreement because of a Force Majeure Event, then the Commissioner shall excuse the nonperformance and may terminate the Agreement. Such a termination shall be deemed to be without cause.

C.      If the City terminates the Agreement pursuant to this Section, the following provisions apply. The City shall not incur or pay any further obligation pursuant to this Agreement beyond the termination date. The City shall pay for services provided in accordance with this Agreement prior to the termination date. Any obligation necessarily incurred by the Contractor on account of this Agreement prior to receipt of notice of termination and falling due after the termination date shall be paid by the City in accordance with the terms of this Agreement. In no event shall such obligation be construed as including any lease or other occupancy agreement, oral or written, entered into between the Contractor and its landlord.

### 54.   Procedures for Termination

A.      The Department and/or the City shall give the Contractor written notice of any termination of this Agreement. Such notice shall specify the applicable provision(s) under which

the Agreement is terminated and the effective date of the termination. Except as otherwise provided in this Agreement, the notice shall comply with the provisions of this Section. For termination without cause, the effective date of the termination shall not be less than ten (10) Days from the date the notice is personally delivered, or fifteen (15) Days from the date the notice is either sent by certified mail, return receipt requested, or sent by fax and deposited in a post office box regularly maintained by the United States Postal Service in a postage pre-paid envelope. In the case of termination for default, the effective date of the termination shall be as set forth above for a termination without cause or such earlier date as the Commissioner may determine. If the City terminates the Agreement in part, the Contractor shall continue the performance of the Agreement to the extent not terminated.

      B.     Upon termination or expiration of this Agreement, the Contractor shall comply with the City close-out procedures, including but not limited to:

          1.     Accounting for and refunding to the Department, within forty-five (45) Days, any unexpended funds which have been advanced to the Contractor pursuant to this Agreement;

          2.     Furnishing within forty-five (45) Days an inventory to the Department of all equipment, appurtenances and property purchased through or provided under this Agreement and carrying out any Department or City directive concerning the disposition of such equipment, appurtenances and property;

          3.     Turning over to the Department or its designees all books, records, documents and material specifically relating to this Agreement that the Department has requested be turned over;

          4.     Submitting to the Department, within ninety (90) Days, a final statement and report relating to the Agreement. The report shall be made by a certified public accountant or a licensed public accountant; and

          5.     Providing reasonable assistance to the Department in the transition, if any, to a new contractor.

## 55. Miscellaneous Provisions

      A.     The Commissioner, in addition to any other powers set forth in this Agreement or by operation of Law, may suspend, in whole or in part, any part of the services to be provided under this Agreement whenever in his or her judgment such suspension is required in the best interest of the City. If the Commissioner suspends this Agreement pursuant to this Section, the City shall not incur or pay any further obligation pursuant to this Agreement beyond the suspension date until such suspension is lifted. The City shall pay for services provided in accordance with this Agreement prior to the suspension date. In addition, any obligation necessarily incurred by the Contractor on account of this Agreement prior to receipt of notice of suspension and falling due during the suspension period shall be paid by the City in accordance with the terms of this Agreement.

      B.     Notwithstanding any other provisions of this Agreement, the Contractor shall not be relieved of liability to the City for damages sustained by the City by virtue of the Contractor's breach of the Agreement, and the City may withhold payments to the Contractor for the purpose of set-off in the amount of damages due to the City from the Contractor.

C.    The rights and remedies of the City provided in this Article shall not be exclusive and are in addition to all other rights and remedies provided by Law or under this Agreement.

## PROMPT PAYMENT AND ELECTRONIC FUNDS TRANSFER

### 56.  Prompt Payment

A.    The prompt payment provisions of PPB Rule § 4-06 are applicable to payments made under this Agreement. The provisions generally require the payment to the Contractor of interest on payments made after the required payment date, as set forth in the PPB Rules.

B.    The Contractor shall submit a proper invoice to receive payment, except where the Agreement provides that the Contractor will be paid at predetermined intervals without having to submit an invoice for each scheduled payment.

C.    Determination of interest due will be made in accordance with the PPB Rules and the applicable rate of interest shall be the rate in effect at the time of payment.

### 57.      Electronic Funds Transfer

A.    In accordance with Admin. Code § 6-107.1, the Contractor agrees to accept payments under this Agreement from the City by electronic funds transfer. An electronic funds transfer is any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument or computer or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Prior to the first payment made under this Agreement, the Contractor shall designate one financial institution or other authorized payment agent and shall complete the "EFT Vendor Payment Enrollment Form" available from the Agency or at http://www.nyc.gov/dof in order to provide the commissioner of the Department of Finance with information necessary for the Contractor to receive electronic funds transfer payments through the designated financial institution or authorized payment agent. The crediting of the amount of a payment to the appropriate account on the books of a financial institution or other authorized payment agent designated by the Contractor shall constitute full satisfaction by the City for the amount of the payment under this Agreement. The account information supplied by the Contractor to facilitate the electronic funds transfer shall remain confidential to the fullest extent provided by Law.

B.    The Agency Head may waive the application of the requirements of this Section to payments on contracts entered into pursuant to Charter § 315. In addition, the commissioner of the Department of Finance and the Comptroller may jointly issue standards pursuant to which the Agency may waive the requirements of this Section for payments in the following circumstances: (i) for individuals or classes of individuals for whom compliance imposes a hardship; (ii) for classifications or types of checks; or (iii) in other circumstances as may be necessary in the best interest of the City.

C.    This Section is applicable to contracts valued at Twenty-Five Thousand Dollars ($25,000) and above.

## CLAIMS

58. **Choice of Law**

This Agreement shall be deemed to be executed in the City and State of New York, regardless of the domicile of the Contractor, and shall be governed by and construed in accordance with the Laws of the State of New York (notwithstanding New York choice of law or conflict of law principles) and the Laws of the United States, where applicable.

59. **Jurisdiction and Venue**

The parties agree that any and all claims asserted by or against the City arising under or related to this Agreement shall solely be heard and determined either in the courts of the United States located in the City or in the courts of the State located in the City and County of New York. The parties shall consent to the dismissal and/or transfer of any claims asserted in any other venue or forum to the proper venue or forum. If the Contractor initiates any action in breach of this Section, the Contractor shall be responsible for and shall promptly reimburse the City for any attorneys' fees incurred by the City in removing the action to a proper court consistent with this Section.

60. **Resolution of Disputes**

A.    Except as provided in Subparagraphs (A)(1) and (A)(2) below, all disputes between the City and the Contractor that arise under, or by virtue of, this Agreement shall be finally resolved in accordance with the provisions of this Section and PPB Rule § 4-09. This procedure shall be the exclusive means of resolving any such disputes.

1.    This Section shall not apply to disputes concerning matters dealt with in other sections of the PPB Rules or to disputes involving patents, copyrights, trademarks, or trade secrets (as interpreted by the courts of New York State) relating to proprietary rights in computer software, or to termination other than for cause.

2.    For construction and construction-related services this Section shall apply only to disputes about the scope of work delineated by the Agreement, the interpretation of Agreement documents, the amount to be paid for extra work or disputed work performed in connection with the Agreement, the conformity of the Contractor's work to the Agreement, and the acceptability and quality of the Contractor's work; such disputes arise when the City Engineer, City Resident Engineer, City Engineering Audit Officer, or other designee of the Agency Head makes a determination with which the Contractor disagrees. For construction, this Section shall not apply to termination of the Agreement for cause or other than for cause.

B.    All determinations required by this Section shall be clearly stated, with a reasoned explanation for the determination based on the information and evidence presented to the party making the determination. Failure to make such determination within the time required by this Section shall be deemed a non-determination without prejudice that will allow application to the next level.

C.    During such time as any dispute is being presented, heard, and considered pursuant to this Section, the Agreement terms shall remain in full force and effect and, unless

otherwise directed by the ACCO or Engineer, the Contractor shall continue to perform work in accordance with the Agreement and as directed by the ACCO or City Engineer, City Resident Engineer, City Engineering Audit Officer, or other designee of the Agency Head. Failure of the Contractor to continue the work as directed shall constitute a waiver by the Contractor of any and all claims being presented pursuant to this Section and a material breach of contract.

D.    Presentation of Dispute to Agency Head.

1.    Notice of Dispute and Agency Response. The Contractor shall present its dispute in writing ("Notice of Dispute") to the Agency Head within the time specified herein, or, if no time is specified, within thirty (30) Days of receiving written notice of the determination or action that is the subject of the dispute. This notice requirement shall not be read to replace any other notice requirements contained in the Agreement. The Notice of Dispute shall include all the facts, evidence, documents, or other basis upon which the Contractor relies in support of its position, as well as a detailed computation demonstrating how any amount of money claimed by the Contractor in the dispute was arrived at. Within thirty (30) Days after receipt of the complete Notice of Dispute, the ACCO or, in the case of construction or construction-related services, the City Engineer, City Resident Engineer, City Engineering Audit Officer, or other designee of the Agency Head, shall submit to the Agency Head all materials he or she deems pertinent to the dispute. Following initial submissions to the Agency Head, either party may demand of the other the production of any document or other material the demanding party believes may be relevant to the dispute. The requested party shall produce all relevant materials that are not otherwise protected by a legal privilege recognized by the courts of New York State. Any question of relevancy shall be determined by the Agency Head whose decision shall be final. Willful failure of the Contractor to produce any requested material whose relevancy the Contractor has not disputed, or whose relevancy has been affirmatively determined, shall constitute a waiver by the Contractor of its claim.

2.    Agency Head Inquiry. The Agency Head shall examine the material and may, in his or her discretion, convene an informal conference with the Contractor and the ACCO and, in the case of construction or construction-related services, the City Engineer, City Resident Engineer, City Engineering Audit Officer, or other designee of the Agency Head, to resolve the issue by mutual consent prior to reaching a determination. The Agency Head may seek such technical or other expertise as he or she shall deem appropriate, including the use of neutral mediators, and require any such additional material from either or both parties as he or she deems fit. The Agency Head's ability to render, and the effect of, a decision hereunder shall not be impaired by any negotiations in connection with the dispute presented, whether or not the Agency Head participated therein. The Agency Head may or, at the request of any party to the dispute, shall compel the participation of any other contractor with a contract related to the work of this Agreement and that contractor shall be bound by the decision of the Agency Head. Any contractor thus brought into the dispute resolution proceeding shall have the same rights and obligations under this Section as the Contractor initiating the dispute.

3.    Agency Head Determination. Within thirty (30) Days after the receipt of all materials and information, or such longer time as may be agreed to by the parties, the Agency Head shall make his or her determination and shall deliver or send a copy of such

determination to the Contractor and ACCO and, in the case of construction or construction-related services, the City Engineer, City Resident Engineer, City Engineering Audit Officer, or other designee of the Agency Head, together with a statement concerning how the decision may be appealed.

    4.    Finality of Agency Head Decision. The Agency Head's decision shall be final and binding on all parties, unless presented to the Contract Dispute Resolution Board ("CDRB") pursuant to this Section. The City may not take a petition to the CDRB. However, should the Contractor take such a petition, the City may seek, and the CDRB may render, a determination less favorable to the Contractor and more favorable to the City than the decision of the Agency Head.

E.    Presentation of Dispute to the Comptroller. Before any dispute may be brought by the Contractor to the CDRB, the Contractor must first present its claim to the Comptroller for his or her review, investigation, and possible adjustment.

    1.    Time, Form, and Content of Notice. Within thirty (30) Days of receipt of a decision by the Agency Head, the Contractor shall submit to the Comptroller and to the Agency Head a Notice of Claim regarding its dispute with the Agency. The Notice of Claim shall consist of (i) a brief statement of the substance of the dispute, the amount of money, if any, claimed and the reason(s) the Contractor contends the dispute was wrongly decided by the Agency Head; (ii) a copy of the decision of the Agency Head; and (iii) a copy of all materials submitted by the Contractor to the Agency, including the Notice of Dispute. The Contractor may not present to the Comptroller any material not presented to the Agency Head, except at the request of the Comptroller.

    2.    Agency Response. Within thirty (30) Days of receipt of the Notice of Claim, the Agency shall make available to the Comptroller a copy of all material submitted by the Agency to the Agency Head in connection with the dispute. The Agency may not present to the Comptroller any material not presented to the Agency Head, except at the request of the Comptroller.

    3.    Comptroller Investigation. The Comptroller may investigate the claim in dispute and, in the course of such investigation, may exercise all powers provided in Admin. Code §§ 7-201 and 7-203. In addition, the Comptroller may demand of either party, and such party shall provide, whatever additional material the Comptroller deems pertinent to the claim, including original business records of the Contractor. Willful failure of the Contractor to produce within fifteen (15) Days any material requested by the Comptroller shall constitute a waiver by the Contractor of its claim. The Comptroller may also schedule an informal conference to be attended by the Contractor, Agency representatives, and any other personnel desired by the Comptroller.

    4.    Opportunity of Comptroller to Compromise or Adjust Claim. The Comptroller shall have forty-five (45) Days from his or her receipt of all materials referred to in Paragraph (E)(3) above to investigate the disputed claim. The period for investigation and compromise may be further extended by agreement between the Contractor and the Comptroller, to a maximum of ninety (90) Days from the Comptroller's receipt of all the materials. The Contractor may not present its petition to the CDRB until the period for investigation and compromise delineated in this Paragraph

GA 000518

has expired. In compromising or adjusting any claim hereunder, the Comptroller may not revise or disregard the terms of the Agreement.

F.    Contract Dispute Resolution Board. There shall be a Contract Dispute Resolution Board composed of:

1.    the chief administrative law judge of the Office of Administrative Trials and Hearings ("OATH") or his or her designated OATH administrative law judge, who shall act as chairperson, and may adopt operational procedures and issue such orders consistent with this Section as may be necessary in the execution of the CDRB's functions, including, but not limited to, granting extensions of time to present or respond to submissions;

2.    the City Chief Procurement Officer ("CCPO") or his or her designee; any designee shall have the requisite background to consider and resolve the merits of the dispute and shall not have participated personally and substantially in the particular matter that is the subject of the dispute or report to anyone who so participated; and

3.    a person with appropriate expertise who is not an employee of the City. This person shall be selected by the presiding administrative law judge from a prequalified panel of individuals, established, and administered by OATH, with appropriate background to act as decision-makers in a dispute. Such individuals may not have a contract or dispute with the City or be an officer or employee of any company or organization that does, or regularly represent persons, companies, or organizations having disputes with the City.

G.    Petition to CDRB. In the event the claim has not been settled or adjusted by the Comptroller within the period provided in this Section, the Contractor, within thirty (30) Days thereafter, may petition the CDRB to review the Agency Head determination.

1.    Form and Content of Petition by the Contractor. The Contractor shall present its dispute to the CDRB in the form of a petition, which shall include (i) a brief statement of the substance of the dispute, the amount of money, if any, claimed, and the reason(s) the Contractor contends that the dispute was wrongly decided by the Agency Head; (ii) a copy of the decision of the Agency Head; (iii) copies of all materials submitted by the Contractor to the Agency; (iv) a copy of the decision of the Comptroller, if any, and (v) copies of all correspondence with, and material submitted by the Contractor to, the Comptroller's Office. The Contractor shall concurrently submit four complete sets of the petition: one to the Corporation Counsel (Attn: Commercial and Real Estate Litigation Division), and three to the CDRB at OATH's offices, with proof of service on the Corporation Counsel. In addition, the Contractor shall submit a copy of the statement of the substance of the dispute, cited in (i) above, to both the Agency Head and the Comptroller.

2.    Agency Response. Within thirty (30) Days of receipt of the petition by the Corporation Counsel, the Agency shall respond to the statement of the Contractor and make available to the CDRB all material it submitted to the Agency Head and Comptroller. Three complete copies of the Agency response shall be submitted to the CDRB at OATH's offices and one to the Contractor. Extensions of time for submittal of

the Agency response shall be given as necessary upon a showing of good cause or, upon the consent of the parties, for an initial period of up to thirty (30) Days.

       3.    Further Proceedings. The CDRB shall permit the Contractor to present its case by submission of memoranda, briefs, and oral argument. The CDRB shall also permit the Agency to present its case in response to the Contractor by submission of memoranda, briefs, and oral argument. If requested by the Corporation Counsel, the Comptroller shall provide reasonable assistance in the preparation of the Agency's case. Neither the Contractor nor the Agency may support its case with any documentation or other material that was not considered by the Comptroller, unless requested by the CDRB. The CDRB, in its discretion, may seek such technical or other expert advice as it shall deem appropriate and may seek, on it own or upon application of a party, any such additional material from any party as it deems fit. The CDRB, in its discretion, may combine more than one dispute between the parties for concurrent resolution.

       4.    CDRB Determination. Within forty-five (45) Days of the conclusion of all submissions and oral arguments, the CDRB shall render a decision resolving the dispute. In an unusually complex case, the CDRB may render its decision in a longer period of time, not to exceed ninety (90) Days, and shall so advise the parties at the commencement of this period. The CDRB's decision must be consistent with the terms of this Agreement. Decisions of the CDRB shall only resolve matters before the CDRB and shall not have precedential effect with respect to matters not before the CDRB.

       5.    Notification of CDRB Decision. The CDRB shall send a copy of its decision to the Contractor, the ACCO, the Corporation Counsel, the Comptroller, the CCPO, and, in the case of construction or construction-related services, the City Engineer, City Resident Engineer, City Engineering Audit Officer, or other designee of the Agency Head. A decision in favor of the Contractor shall be subject to the prompt payment provisions of the PPB Rules. The required payment date shall be thirty (30) Days after the date the parties are formally notified of the CDRB's decision.

       6.    Finality of CDRB Decision. The CDRB's decision shall be final and binding on all parties. Any party may seek review of the CDRB's decision solely in the form of a challenge, filed within four months of the date of the CDRB's decision, in a court of competent jurisdiction of the State of New York, County of New York pursuant to Article 78 of the Civil Practice Law and Rules. Such review by the court shall be limited to the question of whether or not the CDRB's decision was made in violation of lawful procedure, was affected by an error of Law, or was arbitrary and capricious or an abuse of discretion. No evidence or information shall be introduced or relied upon in such proceeding that was not presented to the CDRB in accordance with PPB Rules § 4-09.

       H.    Any termination, cancellation, or alleged breach of the Agreement prior to or during the pendency of any proceedings pursuant to this Section shall not affect or impair the ability of the Agency Head or CDRB to make a binding and final decision pursuant to this Section.

### 61.  Claims and Actions

A.    Any claim against the City or Department based on this Agreement or arising out of this Agreement that is not subject to dispute resolution under the PPB Rules or this Agreement shall not be made or asserted in any legal proceeding, unless the Contractor shall have strictly complied with all requirements relating to the giving of notice and of information with respect to such claims as provided in this Agreement.

B.    No action shall be instituted or maintained on any such claims unless such action shall be commenced within six (6) months after the date of filing with the Comptroller of the certificate for the final payment under this Agreement, or within six (6) months of the termination or expiration of this Agreement, or within six (6) months after the accrual of the cause of action, whichever first occurs.

### 62.  No Claim Against Officers, Agents or Employees

No claim shall be made by the Contractor against any officer, agent, or employee of the City in their personal capacity for, or on account of, anything done or omitted in connection with this Agreement.

### 63.  General Release

The acceptance by the Contractor or its assignees of the final payment under this Agreement, whether by check, wire transfer, or other means, and whether pursuant to invoice, voucher, judgment of any court of competent jurisdiction or any other administrative means, shall constitute and operate as a release of the City from any and all claims of and liability to the Contractor, of which the Contractor was aware or should reasonably have been aware, arising out of the performance of this Agreement based on actions of the City prior to such acceptance of final payment, excepting any disputes that are the subject of pending dispute resolution procedures.

### 64.  No Waiver

Waiver by either the Department or the Contractor of a breach of any provision of this Agreement shall not be deemed to be a waiver of any other or subsequent breach and shall not be construed to be a modification of the terms of the Agreement unless and until the same shall be agreed to in writing by the parties as set forth in Section 9.01.

## APPLICABLE LAWS

### 65.  PPB Rules

This Agreement is subject to the PPB Rules.  In the event of a conflict between the PPB Rules and a provision of this Agreement, the PPB Rules shall take precedence.

### 66.  All Legal Provisions Deemed Included

Each and every provision required by Law to be inserted in this Agreement is hereby deemed to be a part of this Agreement, whether actually inserted or not.

### 67.  Severability / Unlawful Provisions Deemed Stricken

If this Agreement contains any unlawful provision not an essential part of the Agreement and which shall not appear to have been a controlling or material inducement to the making of this Agreement, the unlawful provision shall be deemed of no effect and shall, upon notice by either party, be deemed stricken from the Agreement without affecting the binding force of the remainder.

### 68.  Compliance With Laws

The Contractor shall perform all services under this Agreement in accordance with all applicable Laws as are in effect at the time such services are performed.

### 69.  Americans with Disabilities Act (ADA)

A.    This Agreement is subject to the provisions of Subtitle A of Title II of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12131 et seq. ("ADA") and regulations promulgated pursuant thereto, see 28 CFR Part 35.  The Contractor shall not discriminate against an individual with a disability, as defined in the ADA, in providing services, programs, or activities pursuant to this Agreement.  If directed to do so by the Department to ensure the Contractor's compliance with the ADA during the term of this Agreement, the Contractor shall prepare a plan ("Compliance Plan") which lists its program site(s) and describes in detail, how it intends to make the services, programs and activities set forth in the scope of services herein readily accessible and usable by individuals with disabilities at such site(s).  In the event that the program site is not readily accessible and usable by individuals with disabilities, contractor shall also include in the Compliance Plan, a description of reasonable alternative means and methods that result in making the services, programs or activities provided under this Agreement, readily accessible to and usable by individuals with disabilities, including but not limited to people with visual, auditory or mobility disabilities.  The Contractor shall submit the Compliance Plan to the ACCO for review within ten (10) Days after being directed to do so and shall abide by the Compliance Plan and implement any action detailed in the Compliance Plan to make the services, programs, or activities accessible and usable by the disabled.

B.    The Contractor's failure to either submit a Compliance Plan as required herein or implement an approved Compliance Plan may be deemed a material breach of this Agreement and result in the City terminating this Agreement.

### 70.  Voter Registration

A.    Participating Agencies.  Pursuant to Charter § 1057-a, if this Agreement is with a participating City agency and the Contractor has regular contact with the public in the daily administration of its business, the Contractor must comply with the requirements of this Section. The participating City agencies are: the Administration for Children's Services; the City Clerk; the Civilian Complaint Review Board; the Commission on Human Rights; Community Boards; the Department of Small Business Services; the Department of Citywide Administrative Services; the Department of Consumer Affairs; the Department of Correction; the Department of Environmental Protection; the Department of Finance; the Department of Health and Mental Health; the Department of Homeless Services; the Department of Housing Preservation and

Development; the Department of Parks and Recreation; the Department of Probation; the Taxi and Limousine Commission; the Department of Transportation; and the Department of Youth and Community Development.

      B.      Distribution of Voter Registration Forms. In accordance with Charter § 1057-a, the Contractor, if it has regular contact with the public in the daily administration of its business under this Agreement, hereby agrees as follows:

      1.      The Contractor shall provide and distribute voter registration forms to all persons together with written applications for services, renewal, or recertification for services and change of address relating to such services. Such voter registration forms shall be provided to the Contractor by the City. The Contractor should be prepared to provide forms written in Spanish or Chinese, and shall obtain a sufficient supply of such forms from the City.

      2.      The Contractor shall also include a voter registration form with any Contractor communication sent through the United States mail for the purpose of supplying clients with materials for application, renewal, or recertification for services and change of address relating to such services. If forms written in Spanish or Chinese are not provided in such mailing, the Contractor shall provide such forms upon the Department's request.

      3.      The Contractor shall, subject to approval by the Department, incorporate an opportunity to request a voter registration application into any application for services, renewal, or recertification for services and change of address relating to such services provided on computer terminals, the World Wide Web or the Internet. Any person indicating that they wish to be sent a voter registration form via computer terminals, the World Wide Web or the Internet shall be sent such a form by the Contractor or be directed, in a manner subject to approval by the Department, to a link on that system where such a form may be downloaded.

      4.      The Contractor shall, at the earliest practicable or next regularly scheduled printing of its own forms, subject to approval by the Department, physically incorporate the voter registration forms with its own application forms in a manner that permits the voter registration portion to be detached therefrom. Until such time when the Contractor amends its form, the Contractor should affix or include a postage-paid City Board of Elections voter registration form to or with its application, renewal, recertification, and change of address forms.

      5.      The Contractor shall prominently display in its public office, subject to approval by the Department, promotional materials designed and approved by the City or State Board of Elections.

      6.      For the purposes of Paragraph A of this Section, the word "Contractor" shall be deemed to include subcontractors having regular contact with the public in the daily administration of their business.

      7.      The provisions of Paragraph A of this Section shall not apply to services that must be provided to prevent actual or potential danger to life, health, or safety of any individual or of the public.

C.    Assistance in Completing Voter Registration Forms.  In accordance with Charter § 1057-a. the Contractor hereby agrees as follows:

1.    In the event the Department provides assistance in completing distributed voter registration forms. the Contractor shall also provide such assistance, in the manner and to the extent specified by the Department.

2.    In the event the Department receives and transmits completed registration forms from applicants who wish to have the forms transmitted to the City Board of Elections. the Contractor shall similarly provide such service. in the manner and to the extent specified by the Department.

3.    If, in connection with the provision of services under this Agreement, the Contractor intends to provide assistance in completing distributed voter registration forms or to receive and transmit completed registration forms from applicants who wish to have the forms transmitted to the City Board of Elections, the Contractor shall do so only by prior arrangement with the Department.

4.    The provision of Paragraph B services by the Contractor may be subject to Department protocols, including protocols regarding confidentiality.

D.    Required Statements.  In accordance with Charter § 1057-a, the Contractor hereby agrees as follows:

1.    The Contractor shall advise all persons seeking voter registration forms and information, in writing together with other written materials provided by the Contractor or by appropriate publicity, that the Contractor's or government services are not conditioned on being registered to vote.

2.    No statement shall be made and no action shall be taken by the Contractor or an employee of the Contractor to discourage an applicant from registering to vote or to encourage or discourage an applicant from enrolling in any particular political party.

3.    The Contractor shall communicate to applicants that the completion of voter registration forms is voluntary.

4.    The Contractor and the Contractor's employees shall not:

a.    seek to influence an applicant's political preference or party designation;

b.    display any political preference or party allegiance;

c.    make any statement to an applicant or take any action the purpose or effect of which is to discourage the applicant from registering to vote; or

d.    make any statement to an applicant or take any action the purpose or effect of which is to lead the applicant to believe that a decision to register or not to register has any bearing on the availability of services or benefits.

E.    The Contractor, as defined above and in this Agreement, agrees that the covenants and representations in this Section are material conditions of this Agreement.

F.    The provisions of this Section do not apply where the services under this Agreement are supported by a federal or State grant of funds and the source of funds prohibits the use of federal or State funds for the purposes of this Section.

### 71.   Participation in an International Boycott

A.    The Contractor agrees that neither the Contractor nor any substantially-owned affiliated company is participating or shall participate in an international boycott in violation of the provisions of the federal Export Administration Act of 1979, as amended, 50 U.S.C. Appendix. §§ 2401 et seq., or the regulations of the United States Department of Commerce promulgated thereunder.

B.    Upon the final determination by the Commerce Department or any other agency of the United States as to, or conviction of, the Contractor or a substantially-owned affiliated company thereof, of participation in an international boycott in violation of the provisions of the Export Administration Act of 1979, as amended, or the regulations promulgated thereunder, the Comptroller may, at his or her option, render forfeit and void this Agreement.

C.    The Contractor shall comply in all respects, with the provisions of Admin. Code § 6-114 and the rules issued by the Comptroller thereunder.

### 72.   MacBride Principles

A.    In accordance with and to the extent required by Admin. Code § 6-115.1, the Contractor stipulates that the Contractor and any individual or legal entity in which the Contractor holds a ten percent (10%) or greater ownership interest and any individual or legal entity that holds a ten percent (10%) or greater ownership interest in the Contractor either (a) have no business operations in Northern Ireland, or (b) shall take lawful steps in good faith to conduct any business operations they have in Northern Ireland in accordance with the MacBride Principles, and shall permit independent monitoring of their compliance with such principles.

B.    The Contractor agrees that the covenants and representations in Paragraph A above are material conditions to this Agreement.

C.    This Section does not apply if the Contractor is a not-for-profit corporation.

### 73.   Access to Public Health Insurance Coverage Information

A.    Participating Agencies.  Pursuant to Charter § 1069, if this Agreement is with a participating City agency and the Contractor is one to whom this Section applies as provided in Paragraph B of this Section, the Contractor hereby agrees to fulfill the obligations in Paragraph C of this Section.  The participating City agencies are: the Administration for Children's Services; the City Clerk; the Commission on Human Rights; the Department for the Aging; the Department of Corrections;  the Department of Homeless Services; the Department of Housing Preservation and Development; the Department of Juvenile Justice; the Department of Health and Mental Hygiene; the Department of Probation; the Department of Social Services/Human Resources Administration; the Taxi and Limousine Commission; the Department of Youth and Community Development; the Office to Combat Domestic Violence; and the Office of Immigrant Affairs.

B.      Applicability to Certain Contractors.  This Section shall be applicable to a Contractor operating pursuant to an Agreement which (i) is in excess of $250,000 and (ii) requires such Contractor to supply individuals with a written application for, or written renewal or recertification of services, or request for change of address form in the daily administration of its contractual obligation to such participating City agency. "Contractors" to whom this Section applies shall be deemed to include subcontractors if the subcontract requires the subcontractor to supply individuals with a written application for, or written renewal or recertification of services, or request for change of address form in the daily administration of the subcontractor's contractual obligation.

C.      Distribution of Public Health Insurance Pamphlet.  In accordance with Charter § 1069, when the participating City agency supplies the Contractor with the public health insurance program options pamphlet published by the Department of Health and Mental Hygiene pursuant to Section 17-183 of the Admin. Code (hereinafter "pamphlet"), the Contractor hereby agrees as follows:

1.      The Contractor will distribute the pamphlet to all persons requesting a written application for services, renewal or recertification of services or request for a change of address relating to the provision of services.

2.      The Contractor will include a pamphlet with any Contractor communication sent through the United States mail for the purpose of supplying an individual with a written application for services, renewal or recertification of services or with a request for a change of address form relating to the provision of services.

3.      The Contractor will provide an opportunity for an individual requesting a written application for services, renewal or recertification for services or change of address form relating to the provision of services via the Internet to request a pamphlet, and will provide such pamphlet by United States mail or an Internet address where such pamphlet may be viewed or downloaded, to any person who indicates via the Internet that they wish to be sent a pamphlet.

4.      The Contractor will ensure that its employees do not make any statement to an applicant for services or client or take any action the purpose or effect of which is to lead the applicant or client to believe that a decision to request public health insurance or a pamphlet has any bearing on their eligibility to receive or the availability of services or benefits.

5.      The Contractor will comply with: (i) any procedures established by the participating City agency to implement Charter §1069; (ii) any determination of the commissioner or head of the participating City agency (which is concurred in by the commissioner of the Department of Health and Mental Hygiene) to exclude a program, in whole or in part, from the requirements of Charter § 1069; and (iii) any determination of the commissioner or head of the participating City agency (which is concurred in by the commissioner of the Department of Health and Mental Hygiene) as to which Workforce Investment Act of 1998 offices providing workforce development services shall be required to fulfill the obligations under Charter § 1069.

D.      Non-applicability to Certain Services.  The provisions of this Section shall not apply to services that must be provided to prevent actual or potential danger to the life, health or safety of any individual or to the public.

74.  **Distribution of Personal Identification Materials**

A.      Participating Agencies.  Pursuant to City Executive Order No. 150 of 2011 ("E.O. 150"), if this Agreement is with a participating City agency and the Contractor has regular

GA 000526

contact with the public in the daily administration of its business, the Contractor must comply with the requirements of this Section. The participating City agencies are: Administration for Children's Services, Department of Consumer Affairs, Department of Correction, Department of Health and Mental Hygiene, Department of Homeless Services, Department of Housing Preservation and Development, Human Resources Administration, Department of Parks and Recreation, Department of Probation, and Department of Youth and Community Development.

     B.     Policy. As expressed in E.O. 150, it is the policy of the City to provide information to individuals about how they can obtain the various forms of City, State, and Federal government-issued identification and, where appropriate, to assist them with the process for applying for such identification.

     C.     Distribution of Materials. If the Contractor has regular contact with the public in the daily administration of its business, the Contractor hereby agrees to provide and distribute materials and information related to whether and how to obtain various forms of City, State, and Federal government-issued identification as the Agency directs in accordance with the Agency's plans developed pursuant to E.O. 150.

## MISCELLANEOUS PROVISIONS

### 75. Conditions Precedent

     A.     This Agreement shall be neither binding nor effective unless and until it is registered pursuant to Charter § 328.

     B.     The requirements of this Section shall be in addition to, and not in lieu of, any approval or authorization otherwise required for this Agreement to be effective and for the expenditure of City funds.

### 76. Merger

     This written Agreement contains all the terms and conditions agreed upon by the parties, and no other agreement, oral or otherwise, regarding the subject matter of this Agreement shall be deemed to exist or to bind either of the parties, or to vary any of the terms contained in this Agreement, other than a written change, amendment or modification duly executed by both parties pursuant to Article 9 of this Appendix A.

### 77. Headings

     Headings are inserted only as a matter of convenience and therefore are not a part of and do not affect the substance of this Agreement.

### 78. Notice

     A.     The Contractor and the Department hereby designate the business addresses specified at the beginning of this Agreement as the places where all notices, directions, or communications from one such party to the other party shall be delivered, or to which they shall be mailed. Either party may change its notice address at any time by an instrument in writing executed and acknowledged by the party making such change and delivered to the other party in the manner as specified below.

B.      Any notice, direction, or communication from either party to the other shall be in writing and shall be deemed to have been given when (i) delivered personally; (ii) sent by certified mail, return receipt requested; (iii) delivered by overnight or same day courier service in a properly addressed envelope with confirmation; or (iv) sent by fax or email and, unless receipt of the fax or e-mail is acknowledged by the recipient by fax or e-mail, deposited in a post office box regularly maintained by the United States Postal Service in a properly addressed, postage pre-paid envelope.

C.      Nothing in this Section shall be deemed to serve as a waiver of any requirements for the service of notice or process in the institution of an action or proceeding as provided by Law, including the New York Civil Practice Law and Rules.

## AFFIRMATION

The undersigned proposer or bidder affirms and declares that said proposer or bidder is not in arrears to the City of New York upon debt, contract or taxes and is not a defaulter, as surety or otherwise, upon obligation to the City of New York, and has not been declared not responsible, or disqualified, by any agency of the City of New York, nor is there any proceeding pending relating to the responsibility or qualification of the proposer or bidder to receive public contract except _____.

Full name of Proposer or Bidder *[below]*
_____
Address_____
City_____ State_____ Zip Code_____

**CHECK ONE BOX AND INCLUDE APPROPRIATE NUMBER:**

      ⊐ A - Individual or Sole Proprietorships

         SOCIAL SECURITY NUMBER _____

      ⊐ B - Partnership, Joint Venture or other unincorporated organization

         EMPLOYER IDENTIFICATION NUMBER _____

      ⊐ C - Corporation

         EMPLOYER IDENTIFICATION NUMBER _____

By_____
Signature

_____
Title

If a corporation place seal here
Must be signed by an officer or duly authorized representative.

\*     Under the Federal Privacy Act, the furnishing of Social Security numbers by bidders or proposers on City contracts is voluntary. Failure to provide a Social Security number will not result in a bidder's/proposer's disqualification. Social Security numbers will be used to identify bidders, proposers or vendors to ensure their compliance with laws, to assist the City in enforcement of laws, as well as to provide the City a means of identifying businesses seeking City contracts.

## CERTIFICATION BY BROKER

[Pursuant to Article Seven of Appendix A, every Certificate of Insurance must be accompanied by either the following certification by the broker setting forth the following text and required information and signatures or complete copies of all policies referenced in the Certificate of Insurance. In the absence of completed policies, binders are acceptable.]

## CERTIFICATION BY BROKER

The undersigned insurance broker represents to the City of New York that the attached Certificate of Insurance is accurate in all material respects, and that the described insurance is effective as of the date of this Certification.

_____
[Name of broker (typewritten)]

_____
[Address of broker (typewritten)]

_____
[Signature of authorized officer of broker]

_____
[Name of authorized officer (typewritten)]

_____
[Title of authorized officer (typewritten)]

_____
[Contact Phone Number for Broker (typewritten)]

_____
[Email Address of Broker (typewritten)]

Sworn to before me this

_____ day of _____, 201_

_____
NOTARY PUBLIC