PTX 34

CITY MARSHAL RECORDS

FILED UNDER SEAL