```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GEORGE AIRDAY,                                                 :
                                                               :
                           Plaintiff,                          :
                                                               :
         -against-                                             :   14-CV-8065 (VEC)
                                                               :
THE CITY OF NEW YORK and KEITH                                 :   ORDER
SCHWAM,                                                        :
                                                               :
                           Defendants.                         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on July 30, 2020, the parties informed the Court that: (1) they do not jointly consent to referral to Magistrate Judge Aaron for a settlement conference; (2) they do not jointly consent to waive their right to a jury trial; and (3) they do not jointly consent to all further proceedings before the Magistrate Judge;

      IT IS HEREBY ORDERED THAT:

      1.    Motions *in limine* must be filed no later than **October 16, 2020**. Responses must be filed no later than **October 30, 2020**. There will be no replies. If oral argument on any motions *in limine* is necessary, the parties will be given at least two weeks' notice of the date of oral argument.

      2.    A joint pretrial order, joint requests to charge, and proposed voir-dire questions (voir dire questions should be focused specifically on the facts of this case) must be filed no later than **December 18, 2020**. The parties are directed to the Undersigned's Individual Practices in Civil Cases for the required contents of their joint pretrial order.

      3.    The parties will be given at least one month's notice of their trial date. A Final Pretrial Conference will be scheduled approximately 10 days before the first day of trial.

The parties are reminded that the Court is happy to refer them to Magistrate Judge Aaron for a settlement conference upon joint request.

**SO ORDERED.**

**Date: August 24, 2020**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**