UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

GEORGE AIRDAY,

                  14-cv-8065 (VEC)

             Plaintiff,

     -against-                     **MOTION IN LIMINE**

THE CITY OF NEW YORK, and KEITH SCHWAM,

             Defendants.

-------------------------------------------------------------------X

Pursuant to Rules 401, 403, 404 and 608(b) of the Federal Rules of Evidence, Plaintiff

George Airday hereby submits this motion in limine to exclude from trial any evidence about:

(1) his wealth, net worth or assets; and (2) alleged prior bad acts about the revocation of a

handgun license and a stolen gun; and (3) the results of the due process trial previously had, on

the grounds that the allegations are not relevant to any issue or defense in the case; the

allegations are highly inflammatory and likely to prejudice the jury against the Plaintiff; the

allegations constitutes impermissible "bad act" character evidence; the allegations are not

probative of the Plaintiff's character of truthfulness; and the allegations would, if admitted,

require the Plaintiff to re-try those same allegations (which a jury previously rejected), and

needlessly waste time with a "min-trial" about these allegations at trial.

Dated: October 16, 2020

                                      *s/Nathaniel B. Smith*

                             _____

                              Nathaniel B. Smith
                              225 Broadway – Suite 1901
                              New York, New York 10007
                              212-227-7062
                              natbsmith@gmail.com