USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GEORGE AIRDAY,

                       Plaintiff,

            -against-

THE CITY OF NEW YORK and KEITH SCHWAM,

                      Defendants.
-----------------------------------------------------------------X

14-CV-8065 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 24, 2020, the Court set a pretrial schedule and informed the parties that the Court would provide at least one month's notice of their trial date, Dkt. 201;

      WHEREAS Plaintiff's motion *in limine* is fully briefed, *see* Dkt. 202, Dkt. 203; and

      WHEREAS the parties' joint pretrial order, requests to charge, and proposed *voir dire* questions are due not later than January 18, 2021, Dkt. 201, Dkt. 205;

      IT IS HEREBY ORDERED that, subject to this Court's ability to hold an in-person jury trial at the scheduled time, trial will commence with jury selection on **June 1, 2021**. The parties must appear for a Final Pretrial Conference on **May 21, 2021, at 2:00 p.m.** The Court anticipates that it will be feasible to conduct an in-person jury trial at this time, but further delays may be required due to the COVID-19 pandemic and SDNY's measures taken to limit the spread of COVID-19.

      IT IS FURTHER ORDERED that the parties, counsel for the parties, and any anticipated witnesses are encouraged to receive a COVID-19 vaccine as soon as possible, in accordance with local and national guidelines. The Court anticipates that widespread vaccination among trial participants may be a factor that allows the Court to proceed with trial at the scheduled time.

**SO ORDERED.**

                                                                                                _____

**Date:  January 14, 2021**                                   **VALERIE CAPRONI**
        **New York, NY**                                   **United States District Judge**