**MEMO ENDORSED**

LAW OFFICE OF
NATHANIEL B. SMITH
ATTORNEY AT LAW
225 BROADWAY-SUITE 1901
NEW YORK, NEW YORK 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/2021
```

NATHANIEL B. SMITH
natbsmith@gmail.com

TEL: 212-227-7062
FAX: 212-656-1090

January 14, 2021

Honorable Valerie Caproni
United States District Court Judge
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

*Airday v. City of New York, et al.*
*14-cv-8065 (VEC)*

Dear Judge Caproni:

    As plaintiff's counsel I am writing to request, with the consent of opposing counsel, that the deadline for filing the proposed JPTO be adjourned two weeks from January 18th to February 1st. This is the second request for an adjournment and the reason for the request is that the parties are still exchanging certain parts of the joint submission and the additional two weeks would be helpful to the plaintiff in reviewing the defendants numerous objections to the plaintiff's proposed trial exhibits and seeking to resolve issues and objections about proposed redactions. Since defense counsel consents to this request and the Court has set a trial date for June 1st, I respectfully request that this application be granted.

Respectfully submitted,

*Nathaniel B. Smith*

Nathaniel B. Smith

Application GRANTED.

SO ORDERED.

*Valerie Caproni*
1/14/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Via ECF