USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
GEORGE AIRDAY,  :
:
                      Plaintiff,  :
:   14-CV-8065 (VEC)
      -against-  :
:   ORDER
:
THE CITY OF NEW YORK and KEITH  :
SCHWAM,  :
:
                    Defendants.  X
--------------------------------------------------------------

VALERIE CAPRONI, United States District Judge:

      The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward. On January 14, 2021, the Court informed the parties that it would hold an in-person trial starting on June 1, 2021, subject to availability and the status of the COVID-19 pandemic. *See* Dkt. 206. The Court accordingly requested a jury trial for that date. The Clerk's Office has now notified the Court that this case has been placed on the jury trial list for June 1, 2021. The case must be trial-ready for that date. The case is second on the list for jury trials for that day. This means that the case will not proceed on June 1, 2021, if the other trial scheduled for that date goes forward. If the case cannot proceed on the scheduled date, the Court will seek another jury trial date for as soon as possible thereafter. As soon as the Court confirms that the matter will proceed on June 1, 2021, it will inform the parties.

As of the date of this Order, the parties' pretrial filings have been submitted in full.  A final pretrial conference is scheduled for **May 21, 2021, at 2:00 p.m.**  *See* Dkt. 206.

**SO ORDERED.**

Date:  February 26, 2021
      New York, NY

**VALERIE CAPRONI**
**United States District Judge**