USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
GEORGE AIRDAY,                                               :
                                                             :
                              Plaintiff,                     :
                                                             :         14-CV-8065 (VEC)
              -against-                                      :
                                                             :              ORDER
                                                             :
THE CITY OF NEW YORK and KEITH                               :
SCHWAM,                                                      :
                                                             :
                              Defendants.                    X
-------------------------------------------------------------
```

VALERIE CAPRONI, United States District Judge:

      WHEREAS by order dated February 26, 2021, the Court informed the parties that, due to the COVID-19 pandemic, the Southern District of New York is employing a centralized calendaring system and that this matter had been assigned the second slot on the list of jury trials scheduled for June 1, 2021 (Dkt. 213);

      WHEREAS the Court instructed the parties to be prepared to proceed with jury selection on June 1, 2021;

      WHEREAS at present, this matter is still second on the list for jury trials on June 1, 2021; and

      WHEREAS it is possible that the Court will be allowed to select a jury and start trial in this case on May 19, 2021;

      IT IS HEREBY ORDERED that the parties must be prepared for trial to commence with jury selection on **May 19, 2021**. The Court will inform the parties immediately upon being informed whether its request to proceed with trial on May 19, 2021, has been approved.

      IT IS FURTHER ORDERED that, to the extent the Court receives permission to proceed with trial on May 19, 2021, the parties must appear for a Final Pretrial Conference on **May 11,**

**2021, at 2:00 p.m.**, in **Courtroom 443**, of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

**SO ORDERED.**

Date: **April 29, 2021**
  **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**