USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

GEORGE AIRDAY,

                          Plaintiff,

          -against-

THE CITY OF NEW YORK and KEITH SCHWAM,

                         Defendants.

------------------------------------------------------------X

14-CV-8065 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 29, 2021, the Court instructed the parties to be prepared for trial to commence with jury selection on May 19, 2021, because this matter was still second on the list of jury trials for June 1, 2021 (Dkt. 214); and

    WHEREAS as of the date of this order, this matter is now first on the list of jury trials for June 1, 2021;

    IT IS HEREBY ORDERED that trial will commence with jury selection on **June 1, 2021**. The Court will provide additional details on the specific courtroom and time of jury selection at the Final Pretrial Conference.

    IT IS FURTHER ORDERED that the parties must appear for a Final Pretrial Conference on **May 20, 2021, at 2:00 p.m.**, in **Courtroom 443**, of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

**SO ORDERED.**

Date: May 3, 2021
       New York, NY

                                            **VALERIE CAPRONI**
                                            **United States District Judge**