USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
GEORGE AIRDAY,

                              Plaintiff,

            -against-

THE CITY OF NEW YORK and KEITH SCHWAM,

                              Defendants.
------------------------------------------------------------X

14-CV-8065 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS trial is scheduled to begin with jury selection on June 1, 2021;

       IT IS HEREBY ORDERED that, not later than **May 11, 2021**, the parties must provide the Court with **unredacted**, electronic copies of any exhibit they have proposed to admit into evidence in redacted form. The parties must identify the proposed redactions in a manner that is clearly identifiable and legible (e.g., see-through highlighting or an unfilled red box).

       IT IS FURTHER ORDERED that, not later than **May 11, 2021**, for each City Marshal to whom Plaintiff contends he is similarly situated, Plaintiff must explain his contention for why he is similar to that City Marshal. Defendants must respond to Plaintiff's submission not later than **May 14, 2021**. The parties may each file a brief not to exceed 10 double-spaced pages.

**SO ORDERED.**

**Date: May 5, 2021**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**