USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

GEORGE AIRDAY,                                          :
                                                       :
                                        Plaintiff,     :
                                                       :          14-CV-8065 (VEC)
                   -against-                            :
                                                       :          ORDER
                                                       :
THE CITY OF NEW YORK and KEITH                         :
SCHWAM,                                                 :
                                                       :
                                        Defendants.    :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 16, 2020, Plaintiff filed motions *in limine* to exclude certain

evidence at trial (Dkt. 202);

WHEREAS the Court held a Final Pretrial Conference on May 20, 2021; and

WHEREAS the Court orally ruled on Plaintiff's motions *in limine* at the FPTC;

IT IS HEREBY ORDERED that, for the reasons stated at the FPTC:

1. Plaintiff's motion *in limine* to exclude evidence of Plaintiff's wealth is DENIED.

2. Plaintiff's motion *in limine* to exclude evidence concerning Plaintiff's gun

   ownership and licensing is DENIED.

3. Plaintiff's motion *in limine* to exclude any reference to the prior trial in this case

   is DENIED as moot, as Defendants have agreed to refrain from eliciting

   testimony on or discussing the results of the prior trial.  To the extent either party

   seeks to impeach a witness with his or her testimony from the prior trial in this

   case, the party must refer to the testimony from that trial as "testimony from a

   prior proceeding."

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 202.


**SO ORDERED.**

**Date:  May 21, 2021**
      **New York, NY**

_____
      **VALERIE CAPRONI**
      **United States District Judge**