```
                    THE CITY OF NEW YORK
                   OFFICE OF ADMINISTRATIVE
                      TRIALS AND HEARINGS


P R E S E N T:      FAYE LEWIS
                    Administrative Law Judge

_____

In the matter of:

    DEPARTMENT OF INVESTIGATION,

                            Petitioner,

                                            Index No.
                                            12-2038
         - against -


    GEORGE AIRDAY,

                            Respondent.
_____


         July 2, 2012

         Office of Administrative Trials and Hearings
         40 Rector Street
         New York, New York 10006
```

NYCE000463

Case 1:14-cv-08065-VEC Document 231-2 Filed 05/27/21 Page 2 of 8
Case 1:14-cv-08065-RWS Document 172-1 Filed 01/15/16 Page 213 of 223

2

A P P E A R A N C E S:


MARJORIE LANDA, ESQ.
BENET KEARNEY, ESQ.
Attorney for the Petitioner
Department of Investigation
80 Maiden Lane
New York, NY 10038

STUART LONDON, ESQ.
HOWARD STERNBACH, ESQ.
Attorneys for the Respondent
London and Worth
111 John St., Suite 640
New York, NY 10038

Case 1:14-cv-08065-VEC Document 231-2 Filed 05/27/21 Page 3 of 8
Case 1:14-cv-08065-RWS Document 172-2 Filed 01/15/16 Page 216 of 223

3

I N D E X

| PETITIONER'S WITNESS | DIRECT | CROSS | REDIR | RECROSS | VOIR DIRE |
|---|---|---|---|---|---|

| RESPONDENT'S WITNESS | DIRECT | CROSS | REDIR | RECROSS | VOIR DIRE |
|---|---|---|---|---|---|

E X H I B I T S

| ALJ | DESCRIPTION | I.D. | IN EV. |
|---|---|---|---|

| PETITIONER | DESCRIPTION | I.D. | IN EV. |
|---|---|---|---|

| RESPONDENT | DESCRIPTION | I.D. | IN EV. |
|---|---|---|---|

Case 1:14-cv-08065-VEC Document 231-2 Filed 05/27/21 Page 4 of 8
Case 1:14-cv-08065-RWS Document 72-2 Filed 01/15/16 Page 217 of 223

PROCEEDINGS 4

1      ALJ LEWIS:  All right, we are on the record.
2  This is a matter of the Department of Investigation
3  against George Airday, OATH Index number 2038 of 2012.
4  Today's date is July 2nd, 2012, and the time is
5  approximately 2:30 in the afternoon.  This is Judge
6  Lewis presiding over a conference.  Before I do
7  anything else, let me ask the attorneys to please
8  state your appearances for the record.
9      MS. MARJORIE LANDA:  Marjorie Landa, for the
10  Department of Investigation.
11      ALJ LEWIS:  Okay.
12      MS. BENET KEARNEY:  Benet Kearney, that's K-
13  E-A-R-N-E-Y, also with the Department of
14  Investigation.
15      ALJ LEWIS:  Okay.
16      MS. LANDA:  And with us as an observer is
17  John Margiada [phonetic]--
18      ALJ LEWIS:  Okay.
19      MS. LANDA:  --who's not a Department of
20  Investigation employee, but she's working with us--
21      ALJ LEWIS:  Okay.
22      MS. LANDA:  --on marshal matters.
23      ALJ LEWIS:  Okay.
24      MR. STUART LONDON:  Stuart London, for
25  George Airday, the Respondent.

Ubiqus/Nation-Wide Reporting & Convention Coverage
22 Cortlandt Street – Suite 802, New York, NY 10007
Phone: 212-227-7440 * 800-221-7242 * Fax: 212-227-7524

NYCE000466

Case 1:14-cv-08065-VEC Document 231-2 Filed 05/27/21 Page 5 of 8
Case 1:14-cv-08065-RWS Document 77-2 Filed 01/15/16 Page 218 of 223
PROCEEDINGS                                                            5

1              MR. HOWARD STERNBACH: Howard Sternbach,
2       also for George Airday.
3              ALJ LEWIS: Okay, thank you. And both of
4       you with London and Worth?
5              MR. LONDON: Yes.
6              ALJ LEWIS: Okay, very good. All right,
7       well it's my understanding that a resolution of this
8       matter has been reached, which would permit a
9       withdrawal of this case without prejudice. So, I'm
10      going to invite one of you, Ms. Landa--
11             MR. LONDON: Judge, I have spoken to my
12      client, George Airday, who was a marshal. Although
13      he's been stripped of his duties, he's still
14      technically a marshal under suspension. He
15      voluntarily and unequivocally consents to a voluntary
16      suspension of all his duties connected with being a
17      marshal until there has been a resolution of the
18      criminal matter, which is pending. It's currently
19      pending August 7th for trial in Bronx criminal court,
20      and when that matter is disposed of, then the
21      Department of Investigation has the right to re-
22      calendar all three charges and proceed and go forward.
23             Just so the court is aware, he has two cases
24      pending. One is the assault in the third degree, the
25      second is a contempt charge. And so the record is

**Ubiqus/Nation-Wide Reporting & Convention Coverage**
22 Cortlandt Street – Suite 802, New York, NY 10007
Phone: 212-227-7440 * 800-221-7242 * Fax: 212-227-7524

NYCE000467

Case 1:14-cv-08065-VEC Document 231-2 Filed 05/27/21 Page 6 of 8
Case 1:14-cv-08065-RWS Document 77-2 Filed 01/15/16 Page 219 of 223
PROCEEDINGS                                          6

1         clear, I think it would be important that both matters
2         have been resolved criminally before we go forward in
3         an OATH proceeding because both directly affect his
4         ability to serve competently as a marshal.
5                 ALJ LEWIS: All right, so the voluntary
6         suspension is really until there's a resolution of his
7         criminal matters, plural.
8                 MR. LONDON: Correct.
9                 ALJ LEWIS: Correct, okay. Ms. Landa?
10                MS. LANDA: Yes, that reflects the agreement
11        that we've reached. It's without prejudice too, going
12        forward at the end of the criminal matter that is
13        pending in criminal court in the Bronx.
14                ALJ LEWIS: Okay. If that is the case,
15        then, I will mark this as case settled.
16                MS. LANDA: Just one--
17                ALJ LEWIS: Yes?
18                MS. LANDA: --one further point is that
19        under the Civil Court Act, it says that the hearing
20        after we file the charges has to take place within 60
21        days, and I just want to note that there should be a
22        waiver of that 60 days. We filed the charges, but it
23        says for good cause, that can be waived, the
24        stipulation, I believe, to be good cause.
25                ALJ LEWIS: Are you waiving--

Ubiqus/Nation-Wide Reporting & Convention Coverage
22 Cortlandt Street – Suite 802, New York, NY 10007
Phone: 212-227-7440 * 800-221-7242 * Fax: 212-227-7524

NYCE000468

Case 1:14-cv-08065-VEC Document 231-2 Filed 05/27/21 Page 7 of 8
Case 1:14-cv-08065-RWS Document 77-2 Filed 01/15/16 Page 220 of 223

PROCEEDINGS 7

1        MR. LONDON:  And we waive the 60-day
2   requirement, of course.
3        ALJ LEWIS:  Okay.  All right, then.  We are
4   concluded.  I am going to have the trial date vacated.
5   I will get you both a transcript of this as soon as it
6   comes back, which should be a couple of weeks.  If you
7   need it sooner, I can get you a disc, I think, okay?
8   Thank you very much.
9        MR. LONDON:  Thank you.
10        MS. LANDA:  Yeah, thank you very much.
11        [END OF HEARING]

**Ubiqus/Nation-Wide Reporting & Convention Coverage**
22 Cortlandt Street – Suite 802, New York, NY 10007
Phone: 212-227-7440 * 800-221-7242 * Fax: 212-227-7524

NYCE000469

8

C E R T I F I C A T E

I, Adrienne Kendrick certify that the foregoing transcript of proceedings in the New York City Office of Administrative Trials and Hearings, Department of Investigations v. George Airday, Index No. 12-2038 was prepared using standard electronic transcription equipment and is a true and accurate record of the proceedings.

Signature  *Adrienne Kendrick*

Date  July 16, 2012

Pages  1 - 8

**Ubiqus/Nation-Wide Reporting & Convention Coverage**
22 Cortlandt Street – Suite 802, New York, NY 10007
Phone: 212-227-7440 * 800-221-7242 * Fax: 212-227-7524

NYCE000470