Case 1:14-cv-08065-VEC Document 231-3 Filed 05/27/21 Page 1 of 1
Case 1:14-cv-08065-RWS Document 122-1 Filed 12/03/18 Page 1 of 1

PTX 3





**PLAINTIFF'S EXHIBIT 4 3/30/17**

The City of New York
Department of Investigation

ROSE GILL HEARN
COMMISSIONER

80 MAIDEN LANE
NEW YORK, NY 10038
212-825-5900

January 19, 2012

City Marshal George Airday
5720 Mosholu Avenue
Bronx, NY 10471

Dear Marshal Airday:

The Department of Investigation has been informed that you were arrested on Wednesday, January 18, 2012 and charged by the arresting officer with two counts of Criminal Possession of a Weapon (firearm) in the Fourth Degree and Criminal Contempt in the Second Degree, both class A misdemeanors, based in part upon your possession yesterday of a handgun, recovered by the Police, in violation of an Order of Protection dated December 22, 2011 and upon your possession on December 22, 2011 of an unregistered handgun. That arrest follows closely your arrest on December 21, 2011 on assault and other charges in a domestic incident, which resulted in the above-mentioned Order of Protection. Furthermore the Police Department reports that a handgun listed on your license was not turned in by you and is unaccounted for.

Under these circumstances, you cannot be permitted to hold office and perform the duties of a City marshal, and this Department will be compelled to seek your removal and immediate suspension unless you immediately submit your resignation. Pending that resignation or suspension you are not to perform any duties other than the orderly redemption of vehicles and collection and remittance of funds in relation to vehicles already in your custody and all necessary recordkeeping attendant to those activities. You are not to perform any other functions without express written authorization of this Department. Upon resignation, you will be responsible to comply with the wind-down procedure specified in Joint Administrative Order 453 and the Marshals Handbook.

Please sign and return this letter.

Sincerely,

Keith Schwam
Assistant Commissioner

c: Kenneth Litwack, Esq.

GA 000332