

**The City of New York**
**Department of Investigation**

ROSE GILL HEARN
COMMISSIONER

80 MAIDEN LANE
NEW YORK, NY 10038
212-825-5900

March 7, 2013

City of New York
Office of Administrative Trials and Hearings
40 Rector Street, 6th Floor
New York, NY 10006-1705

Attention: Calendar Unit

**RE: Department of Investigation v. George Airday, Index No. 12-2038**

Dear Sir or Madam:

    At a July 2, 2012 conference in front of ALJ Lewis, the New York City Department of Investigation ("DOI") withdrew without prejudice three administrative charges it had filed against City Marshal George Airday pending the resolution of two criminal matters in which Marshal Airday was a defendant in Bronx Criminal Court. It is my understanding that those matters have now been resolved. DOI therefore seeks to re-instate Charge One of the enclosed charges and specifications, which were served on Marshal Airday on June 12, 2012. DOI withdraws Charges Two and Three.

    I respectfully suggest that a conference be scheduled during the week of April 8, 2013 for purposes of discussing a schedule and procedure for the hearing and any pre-hearing matters. Deputy Commissioner for Legal Affairs and General Counsel Marjorie Landa will represent DOI in this matter. Stuart London, Esq. and Howard Sterinbach, Esq. of London & Worth LLP have appeared on behalf of Marshal Airday in this matter and have also requested that it be put back onto OATH's calendar. I am available at (212) 825-0662 should you require additional information.

Respectfully submitted,

Benet J. Kearney
Deputy General Counsel

cc:  George Airday
      Stuart London, Esq.

Encl.



DEFENDANT'S EXHIBIT BB