USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

GEORGE AIRDAY,

                     Plaintiff,

-against-

THE CITY OF NEW YORK and KEITH SCHWAM,

                     Defendants.

------------------------------------------------------------X

14-CV-8065 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS the Court held a trial in this matter on June 1–4, 2021; and

WHEREAS the jury returned a verdict in favor of Plaintiff on Claim One and Claim Four (as to Defendant Schwam only) and in favor of Defendants on Claims Two and Three;

IT IS HEREBY ORDERED that Plaintiff must file a proposed form of judgment not later than **June 11, 2021**.

IT IS FURTHER ORDERED that any post-trial motions are due not later than **July 2, 2021**.

**SO ORDERED.**

Date:  June 4, 2021
        New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**