```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GEORGE AIRDAY,                                                 :
                                                               :
                             Plaintiff,                        :
                                                               :     14-CV-8065 (VEC)
              -against-                                        :
                                                               :           ORDER
                                                               :
THE CITY OF NEW YORK and KEITH                                 :
SCHWAM,                                                        :
                                                               :
                             Defendants.   X
--------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2021

VALERIE CAPRONI, United States District Judge:

   WHEREAS on June 4, 2021, the Court ordered Plaintiff to file a proposed form of judgment after the jury returned a verdict in Plaintiff's favor on two of his four claims (Dkt. 238);

   WHEREAS on June 11, 2021, Plaintiff filed a Proposed Judgment, which provides for payment of pre-judgment interest at a rate of 3.57%, compounded annually (Dkt. 242); and

   WHEREAS on June 11, 2021, Plaintiff filed a letter motion setting forth the reasons supporting his proposed award of pre-judgment interest at a rate of 3.57% (Dkt. 241);

   IT IS HEREBY ORDERED that Defendants must respond to Plaintiff's Proposed Judgment and letter motion not later than the current deadline for any post-trial motions, **July 2, 2021**. Defendants must also address whether they agree with Plaintiff's proposal that Defendants are jointly and severally liable for the entire judgment.

   IT IS FURTHER ORDERED that, to the extent both parties are interested, the Court stands ready to refer the parties to the magistrate judge for a post-trial settlement conference.

Should all parties be interested, they should file a joint letter with the Court requesting that this matter be referred to the magistrate judge for a settlement conference.

**SO ORDERED.**

Date: **June 15, 2021**
New York, NY

**VALERIE CAPRONI**
**United States District Judge**