**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ESTATE OF GEORGE AIRDAY,

               Plaintiff,

    -against-

THE CITY OF NEW YORK and KEITH
SCHWAM,

               Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/2022

14 **CIVIL** 8065 (VEC)

## JUDGMENT

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated April 28, 2022, Defendants'

renewed motion for judgment as a matter of law is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

     April 28, 2022

                         **RUBY J. KRAJICK**

                         **Clerk of Court**

         **BY:**

                         **Deputy Clerk**